**Marquis & Aurbach**
ALBERT G. MARQUIS, ESQ.
Nevada Bar No. 1919
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Phone: (702) 821-2427
Fax: (702) 856-8914
E-mail: jgerber@marquisaurbach.com
Attorney(s) for Defendants Maryland Square
Shopping Center, LLC,
Herman Kishner, dba Maryland Square Shopping
Center, Irwin Kishner, Jerry Engel, and
Bank of America, as Trustee for
The Herman Kishner Trust

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER; VICTOR BECERRA; ARTHUR BODENDORFER; BRENDA C. CHAFFIN; MICHAEL J. SOLMI; JASON COWLES; JANE GAUTHIER; HONORE GAUTHIER; NIKOLAS KONSTANTINOU; DRAGAN KURAJICA; KENNETH LOWTHER; JAMES LUEHMANN; JACQUELINE LUEHMANN; RUTH MANNHEIMER; WILLIAM MONTERO; BARBARA MONTERO; CLIFFORD ROGERS; SHARON ROGERS; HERMANN ROSNER; MARKUS ROTHKRANZ; DANIEL SOLDINI; CHARLES WALKER; VERNA WALKER; JACK YENCHEK; OFELIA YENCHEK; RICHARD MALM; ROGER ELLSWORTH; JO ANN ELLSWORTH; MARGARET RUDELICH-HOPPE; PATRICIA MAHONEY, individually and as trustee for the MAHONEY LIVING TRUST; RICHARD FALEN; PETER LEARNED; KRISTIAN MEIER; ELIZA ACOSTA; MIRHA ELIAS; AIKO BERGE<br><br>Plaintiffs,<br><br>vs.<br><br>MARYLAND SQUARE, LLC; MARYLAND SQUARE SHOPPING CENTER LIMITED LIABILITY COMPANY; HERMAN KISHNER dba MARYLAND SQUARE SHOPPING CENTER; IRWIN KISHNER, JERRY ENGEL, BANK OF AMERICA as Trustees for the HERMAN KISHNER TRUST; CLARK COUNTY SCHOOL DISTRICT; THE | Case No.: 2:08-cv-01618-LDG-GWF<br><br>**DEFENDANTS MARYLAND SQUARE SHOPPING CENTER, LLC, HERMAN KISHNER, DBA MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL AND BANK OF AMERICA, AS TRUSTEE FOR THE HERMAN KISHNER TRUST'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>**(JURY TRIAL REQUESTED)** |

M&A:04385-031 730254_1 1/20/2009 4:18 PM

| | |
|---|---|
| 1 | BOULEVARD MALL, as successor-in-interest/surviving corporation/agent for |
| 2 | BOULEVARD ASSOCIATES, LLC; BOULEVARD MALL I LLC, as successor-in- |
| 3 | interest/surviving corporation/agent for BOULEVARD ASSOCIATES, L.L.C.; |
| 4 | BOULEVARD MALL II LLC, as successor-in-interest/surviving corporation/agent for |
| 5 | BOULEVARD ASSOCIATES, LLC; CONSTRUCTION DEVELOPERS INC.; |
| 6 | FEDERATED WESTERN DEPT. STORES, INC.; GENERAL GROWTH PROPERTIES; |
| 7 | MELVIN SHAPIRO; SHAPIRO BROS. INVESTMENT CO.; DELIA'S CLEANERS OF |
| 8 | ARIZONA, INC.; CB RICHARD ELLIS |
| 9 | Defendants. |

Defendants, Maryland Square Shopping Center, LLC, Herman Kishner, dba Maryland Square Shopping Center, Irwin Kishner, Jerry Engel and Bank of America, as Trustee for The Herman Kishner Trust ("Defendants"), by and through their attorneys of record, Jason M. Gerber, Esq. and Albert G. Marquis, Esq. of Marquis & Aurbach, hereby answer the Complaint filed against them in this action and state as follows:

### JURISDICTION AND VENUE

1.   In answering Paragraphs 1, 2 and 3 these answering Defendants admit the allegations contained therein.

### THE PARTIES

2.   In answering Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42 and 43, these answering Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and therefore deny the same.

3.   In answering Paragraphs 30, 31 and 32, these answering Defendants admit the allegations contained therein.

### GENERAL ALLEGATIONS OF FACT

4.   In answering Paragraphs 44, 46, 47, 48, 49, 51 and 52, these answering Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and therefore deny the same.

M&A:04385-031 730254_1 1/20/2009 4:18 PM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

5. In answering Paragraphs 45 and 54, these answering Defendants deny the allegations contained therein.

6. In answering Paragraph 50, these answering Defendants admit the allegations contained therein.

7. In answering Paragraph 53, these answering Defendants admit the allegations contained therein to the extent that the Defendants had knowledge of the NDEP's 2000 report and initial testing. These answering Defendants deny the remaining allegations in Paragraph 53.

## FIRST CAUSE OF ACTION
## (RCRA, 42 U.S.C. § 6972(a)(1)(B))

8. In answering Paragraph 55, these answering Defendants incorporate their responses to Paragraphs 1 to 54 as if fully set forth herein.

9. In answering Paragraph 56, these answering Defendants admit the allegations contained therein to the extent that a purported notice was sent by the Plaintiffs on March 19, 2008. These answering Defendants deny the other allegations in Paragraph 56 directed to it and deny the remaining allegations of such paragraph for lack of information and belief sufficient to admit or deny such allegations.

10. In answering Paragraphs 57, 58, 59, 60 and 61 these answering Defendants are without sufficient information to form an opinion as to the truth of the allegations contained therein and therefore deny the same.

11. As Paragraphs 62 and 64 quote statutory provisions and contain legal conclusions, no answer from these answering Defendants is necessary. To the extent any answer is required; these answering Defendants deny the allegations of such paragraphs.

12. In answering Paragraph 63, these answering Defendants deny the allegations directed to other defendants for lack of information and belief sufficient to admit or deny such allegations and deny the remaining allegations in Paragraph 63.

13. In answering Paragraphs 65, 66, 67, 68, 69 and 70, these answering Defendants deny the allegations directed to other defendants for lack of information and belief sufficient to admit or deny such allegations and deny the remaining allegations of such paragraphs.

M&A:04385-031 730254_1 1/20/2009 4:18 PM

14. In answering Paragraph 71, these answering Defendants admit the Plaintiffs are seeking injunctive relief. These answering Defendants deny the Plaintiffs' right to recover the relief sought.

15. In answering Paragraph 72, these answering Defendants admit the Plaintiffs are seeking an award of costs and reasonable attorney and expert fees. These answering Defendants deny the Plaintiffs' right to recover the relief sought and otherwise deny the allegations of such paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The alleged presence of a substance under the Plaintiffs' properties and any alleged damage resulting therefrom were caused solely by (i) an act of God; (ii) a third party or (iii) any combination of the foregoing.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by any applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have failed to join all indispensable parties as required by Rule 19 of the Federal Rules of Civil Procedure.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs have waived any and all of the claims alleged in the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are estopped from asserting any and all of the claims alleged in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' purported claims for relief against these answering Defendants are barred by the doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

The Complaint fails to state facts sufficient to constitute a cause of action against these answering Defendants.

### EIGHTH AFFIRMATIVE DEFENSE

M&A:04385-031 730254_1 1/20/2009 4:18 PM

To the extent that any substances are alleged to be present or beneath the Plaintiffs' properties, such substances do not substantially or permanently interfere with Plaintiffs' use and enjoyment of the property or constitute or create an imminent or substantial endangerment.

### NINTH AFFIRMATIVE DEFENSE

At all times relevant to this action, these answering Defendants acted with due care and in accordance with all then-applicable statutory and regulatory requirements.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' cause of action is barred because Plaintiffs have not performed all necessary conditions precedent or exhausted their remedies and are, therefore, barred from any recovery.

### ELEVENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that they have satisfied, fulfilled and performed each and every obligation and duty imposed by law to the full extent of its responsibility as a property owner.

### TWELFTH AFFIRMATIVE DEFENSE

These answering Defendants allege that any obligation they owed to Plaintiffs have been satisfied, released, or otherwise discharged.

### THIRTEENTH AFFIRMATIVE DEFENSE

While expressly denying any liability, these answering Defendants allege that Plaintiffs are not entitled to any relief for any alleged threat to human health or the environment or imminent or substantial endangerment.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred because the State of Nevada and/or the Administrator of the United States Environmental Protection Agency have taken such actions that prevents Plaintiffs from initiating and/or maintaining a citizen suit lawsuit, pursuant to 42 U.S.C. §6972.

### FIFTEENTH AFFIRMATIVE DEFENSE

These answering Defendants' status as a property owner is not sufficient to impose any liability on it under 42 U.S.C. §6972.

. . .

### SIXTEENTH AFFIRMATIVE DEFENSE

These answering Defendants allege and reserve any and all defenses available under 42 U.S.C. §6972.

These answering Defendants reserve the right to amend these affirmative defenses as discovery unfolds and new information is discovered.

### PRAYER FOR RELIEF

**WHEREFORE**, these answering Defendants request the following relief:

1. That Plaintiffs take nothing by virtue of the Complaint on file herein and that the same be dismissed with prejudice;

2. For an award for reasonable attorney fees and costs of suit incurred in the defense of this action; and

3. For such other and further relief as this court may deem just and proper in the premises

### JURY DEMAND

Defendants, Maryland Square Shopping Center, LLC, Herman Kishner, dba Maryland Square Shopping Center, Irwin Kishner, Jerry Engel and Bank of America, as Trustee for The Herman Kishner Trust demand a trial by jury of all issues triable by jury.

DATED: This 20th day of January, 2009.

Respectfully submitted by:

MARQUIS & AURBACH

By:_____
ALBERT G. MARQUIS, ESQ.
Nevada State Bar No. 1919
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145

# NOTICE OF ELECTRONIC SERVICE
# PROOF OF SERVICE

STATE OF NEVADA, COUNTY OF CLARK

I am employed in the County of Clark, State of Nevada. I am over the age of 18 and not a party to the within action; my business address is 10001 Park Run Drive, Las Vegas, NV 89145.

On January 20, 2009, the foregoing documents described as DEFENDANTS MARYLAND SQUARE SHOPPING CENTER, LLC, HERMAN KISHNER, DBA MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL AND BANK OF AMERICA, AS TRUSTEE FOR THE HERMAN KISHNER TRUST'S ANSWER AND AFFIRMATIVE DEFENSES (JURY TRIAL REQUESTED) was served upon the parties in this action as set forth below:

Alexander Robertson, IV, Esq.
Jennifer L. Taylor, Esq.
Robertson & Vick, LLP
401 North Buffalo Drive, Suite 202
Las Vegas, NV 89145

Jan Adam Greben, Esq.
Greben & Associates
Admitted Pro Hac Vice
1332 Anacapa Street, Suite 110
Santa Barbara, CA 93101

Attorneys for Plaintiffs

Neil J. Beller, Esq.
Law Offices of Neil J. Beller, Esq.
7408 W. Sahara Avenue
Las Vegas, NV 89101

Jeffrey T. Oberman, Esq.
Levin & Oberman
361 N. Canon Drive
Beverly Hills, CA 90210

Jeremy Gilman, Esq.
Benesch Friedlander Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114

[ X ]  Electronically in accordance with United States District Court of the District of Nevada Electronic Filing Procedures, Section IV Service, B. Electronic Service.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on January 20, 2009, at Las Vegas, Nevada.  Under penalty of perjury under the laws of the State of Nevada I declare the aforesaid to be true and correct.

_____
Jason M. Gerber, Esq.

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:04385-031 730254_1 1/20/2009 4:18 PM