**Marquis & Aurbach**
ALBERT G. MARQUIS, ESQ.
Nevada Bar No. 1919
E-mail: amarquis@marquisaurbach.com
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Phone: (702) 821-2427
Fax: (702) 382-5816
E-mail: jgerber@marquisaurbach.com
Attorneys for Defendants Maryland Square
Shopping Center, LLC, the Herman Kishner Trust
dba Maryland Square Shopping Center,
Irwin Kishner, Jerry Engel,
Bank of America, as Trustees for
The Herman Kishner Trust, and
Maryland Square, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER; VICTOR BECERRA; ARTHUR BODENDORFER; BRENDA C. CHAFFIN; MICHAEL J. SOLMI; JASON COWLES; JANE GAUTHIER; HONORE' GAUTHIER; NIKOLAS KONSTANTINOU; DRAGAN KURAJICA; KENNETH LOWTHER; JAMES LUEHMANN; JACQUELINE LUEHMANN; RUTH MANNHEIMER; WILLIAM MONTERO; BARBARA MONTERO; CLIFFORD ROGERS; SHARON ROGERS; HERMANN ROSNER; MARKUS ROTHKRANZ; DANIEL SOLDINI; CHARLES WALKER; VERNA WALKER; JACK YENCHECK; OFELIA YENCHEK, all individual and as Plaintiff Class Representatives,<br><br>        Plaintiffs,<br>vs.<br><br>AL PHILLIPS THE CLEANER, INC., a Nevada corporation; DCI USA, INC., a Nevada corporation; MARYLAND SQUARE, LLC, a Nevada Limited Liability Company; MARYLAND SQUARE SHOPPING CENTER LIMITED LIABILITY COMPANY, a Nevada Limited Liability Company; DOES I through X; and ROE corporations XI through XX,<br><br>        Defendants. | Case No:   2:08-CV-01618-RCJ (GWF)<br><br>**MEMORANDUM CONCERNING DISCOVERY MEET AND CONFER REQUIRED BY DOCKET NO. 173** |

M&A:04385-031 937790_1.DOC 12/8/2009 9:59 AM

## I. INTRODUCTION.

On November 23, 2009, counsel for the Maryland Square Defendants (MSSC), the Shapiro Brothers Defendants and the Plaintiffs met concerning (a) pending discovery disputes, (b) discovery requests that had been stayed during efforts to mediate the case and (c) a schedule for prospective discovery. Counsel agreed at the meet and confer to provide information necessary to submit a joint memorandum to the court summarizing the meet and confer. Unfortunately, the necessary information was not exchanged with sufficient time to complete a joint memorandum. As such, the MSSC Defendants submit this memorandum summarizing its current outstanding discovery as well as additional discovery it anticipates will be necessary.

## II. MSSC DEFENDANTS PROPOSED DISCOVERY.

### A. DEPOSITONS

1. Plaintiffs/ Homeowners
2. PMK's - Shapiro Brothers
3. Shapiro Brothers Employees
4. PMK's Dr. Clean
5. NDEP Representatives
6. PMK's Boulevard Mall
7. PMK – Former Boulevard Mall Tenants (Goodyear, JC Penny Automotive, etc)

**Shapiro Brothers' position with regard to MSSC proposed Depositions.**

MSSC is not aware of any current objections to this proposed discovery at this time. However, MSSC is prepared to discuss objections during the December 8, 2009 hearing.

**Plaintiffs' position with regard to MSSC proposed Depositions.**

Plaintiffs have previously expressed general objections to the taking of depositions of all the plaintiffs.

MSSC is not aware of any other objections to this proposed discovery at this time. However, MSSC is prepared to discuss objections during the December 8, 2009 hearing.

### B. WRITTEN DISCOVERY

1. Plaintiffs will provide responses to written discovery requests no later than January 8, 2010.
2. Possible follow up discovery to Plaintiffs.

M&A:04385-031 937790_1.DOC 12/8/2009 9:59 AM

3. Demand for production of documents/Interrogatories to Shapiro Brothers.

4. Rule 45 (D) Subpoena to third parties, including Dr. Clean and Boulevard Mall for entry onto land and for testing of ground water and soil at existing monitoring wells and at placement of new monitoring wells.

**Shapiro Brothers' position with regard to MSSC proposed Written Discovery.**

MSSC is not aware of any current objections to this proposed discovery at this time. However, MSSC is prepared to discuss objections during the December 8, 2009 hearing.

**Plaintiffs' position with regard to MSSC proposed Written Discovery.**

MSSC is not aware of any current objections to this proposed discovery at this time. However, MSSC is prepared to discuss objections during the December 8, 2009 hearing.

C.   EXPERT INVESTIGATION, INSPECTIONS AND DISCOVERY

1. MSSC will provide proposed work plan for continued monitoring and testing of monitoring wells. MSSC proposes to drill additional monitoring wells, including locations of the former Dr. Clean and at Boulevard Mall, as referenced above..

2. MSSC will provide proposed work plan for walk throughs and indoor air sampling of homes owned by plaintiffs.

3. MSSC consultants/experts will meet and confer with consultants/experts for Shapiro Brothers and Plaintiffs for the purpose of reaching consensus on testing protocols.

**Shapiro Brothers' position with regard to MSSC proposed Expert Discovery.**

MSSC is not aware of any current objections to this proposed discovery at this time. However, MSSC is prepared to discuss objections during the December 8, 2009 hearing.

**Plaintiffs' position with regard to MSSC proposed Expert Discovery.**

MSSC is not aware of any current objections to this proposed discovery at this time. However, MSSC is prepared to discuss objections during the December 8, 2009 hearing.

D.   DISCOVERY DISPUTES.

None at this time

DATED: This 7th day of December, 2009.

MARQUIS & AURBACH

By:/s/ Jason M. Gerber
ALBERT G. MARQUIS, ESQ.
Nevada State Bar No. 1919
JASON M. GERBER, ESQ.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145

# CERTIFICATE OF MAILING

I hereby certify that on the 7th day of December, 2009, I served a copy of the foregoing **MEMORANDUM CONCERNING DISCOVERY MEET AND CONFER REQUIRED BY DOCKET NO. 173** upon each of the parties by e-mail and by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Alexander Robertson, IV  
Jennifer L. Taylor  
ROBERTSON & VICK, LLP  
401 North Buffalo Drive, Suite 202  
Las Vegas, NV 89145  

Jan Adam Greben  
GREBEN & ASSOCIATES  
1332 Anacapa Street, Suite 110  
Santa Barbara, CA 93101  
*Attorneys for Plaintiffs*

Kevin A. Brown  
Whitney C. Wilcher  
THAGARD REISS & BROWN, LLP  
5528 South Fort Apache Road  
Las Vegas, NV 89148  
*Attorneys for Defendant Maryland Square LLC*

Jeffrey R. Diver  
JEFFREY R. DIVER, P.C.  
437 Anthony Street  
Glen Ellyn, IL 60137  

Randolph L. Howard  
Joseph G. Went  
KOLESAR & LEATHAM, CHTD.  
3320 W. Sahara Avenue, Suite 380  
Las Vegas, NV 89102  
*Attorneys for Defendant CB Richard Ellis*

Neil J. Beller, Esq.  
LAW OFFICES OF NEIL J. BELLER, ESQ.  
7408 W. Sahara Avenue  
Las Vegas, NV 89101  

Jeffrey T. Oberman, Esq.  
LEVIN & OBERMAN  
361 N. Canon Dr.  
Beverly Hills, CA. 90210-4704  

Jeremy Gilman, Esq.  
BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP  
200 Public Square  
Suite 2300  
Cleveland, OH 44114-2378  
*Attorney for Defendants MELVIN SHAPIRO, Individually, and SHAPIRO BROS. INVESTMENT CO., a dissolved Nevada corporation*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

/s/ Roxanne Minnick  
An employee of Marquis & Aurbach

M&A:04385-031 937790_1.DOC 12/8/2009 9:59 AM