UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER J. VOGGENTHALER, *et al.*, | ) | |
| Plaintiffs, | ) | Case No.  2:08-cv-01618-RCJ-GWF |
| vs. | ) | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, | ) | |
| Defendants | ) | |

This matter is before the Court on Third Party Defendant Bowe Permac, Inc.'s Motion to Appear Telephonically for the August 2, 2010 Discovery Hearing (#363), filed June 29, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that Third Party Defendant Bowe Permac, Inc.'s Motion to Appear Telephonically for the August 2, 2010 Discovery Hearing (#363) is **granted**.  Counsel for Bowe Permac, Inc. should dial (702) 868-4910, password 123456, five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

DATED this 30th day of June, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge