# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. ) | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, ) | |
| Defendants ) | |

This matter is before the Court on Third Party Defendant Hoyt Corporation's Motion to Appear Telephonically for the August 2, 2010 Discovery Hearing (#385), filed July 19, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that Third Party Defendant Hoyt Corporation's Motion to Appear Telephonically for the August 2, 2010 Discovery Hearing (#385) is **granted**. Counsel for Hoyt Corporation should dial (702) 868-4910, password 123456, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. *The call must be made using a land line.*

DATED this 21st day of July, 2010.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge