|   |   |
|---|---|
| 1 | MARQUIS & AURBACH |
|   | WILLIAM A. LEVY, ESQ. |
| 2 | Nevada Bar No. 2067 |
|   | wlevy@marquisaurbach.com |
| 3 | CANDICE E. RENKA, ESQ. |
|   | Nevada Bar No. 11447 |
| 4 | crenka@marquisaurbach.com |
|   | 10001 Park Run Drive |
| 5 | Las Vegas, NV 89145 |
|   | Telephone:  (702) 207-6075 |
| 6 | Facsimile:   (702) 856-8943 |
|   | Attorneys for Defendants Maryland Square, LLC |
| 7 | and the Clark County School District |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. VOGGENTHALER; VICTOR BECERRA; ARTHUR BODENDORFER; BRENDA C. CHAFFIN; MICHAEL J. SOLMI; JASON COWLES; JANE GAUTHIER; HONORE GAUTHIER; NIKOLAS KONSTANTINOU; DRAGAN KURAJICA; KENNETH LOWTHER; JAMES LUEHMANN; JACQUELINE LUEHMANN; RUTH MANNHEIMER; WILLIAM MONTERO; BARBARA MONTERO; CLIFFORD ROGERS; SHARON ROGERS; HERMANN ROSNER; MARKUS ROTHKRANZ; DANIEL SOLDINI; CHARLES WALKER; VERNA WALKER; JACK YENCHEK; OFELIA YENCHEK; RICHARD MALM; ROGER ELLSWORTH; JO ANN ELLSWORTH; MARGARET RUDELICH-HOPPE; PATRICIA MAHONEY, individually and as trustee for the MAHONEY LIVING TRUST; RICHARD FALEN; PETER LEARNED; KRISTIAN MEIER; ELIZA ACOSTA; MIRHA ELIAS; AIKO BERGE<br><br>Plaintiffs,<br><br>vs.<br><br>MARYLAND SQUARE, LLC; MARYLAND SQUARE SHOPPING CENTER LIMITED LIABILITY COMPANY; HERMAN KISHNER dba MARYLAND SQUARE SHOPPING CENTER; IRWIN KISHNER, JERRY ENGEL, BANK OF AMERICA as Trustees for the HERMAN KISHNER TRUST; CLARK COUNTY SCHOOL DISTRICT; THE BOULEVARD MALL, as successor-in-interest/surviving corporation/agent for | Case No.:    2:08-cv-01618-LDG-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:04385-031 1103716_1 8/4/2010 10:51 AM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | |
|---|---|
| 1  BOULEVARD ASSOCIATES, LLC; BOULEVARD MALL I LLC, as successor-in-interest/surviving corporation/agent for BOULEVARD ASSOCIATES, L.L.C.; BOULEVARD MALL II LLC, as successor-in-interest/surviving corporation/agent for BOULEVARD ASSOCIATES, LLC; CONSTRUCTION DEVELOPERS INC.; FEDERATED WESTERN DEPT. STORES, INC.; GENERAL GROWTH PROPERTIES; MELVIN SHAPIRO; SHAPIRO BROS. INVESTMENT CO.; DELIA'S CLEANERS OF ARIZONA, INC.; CB RICHARD ELLIS  Defendants. | **SUBSTITUTION OF ATTORNEYS** |

MARYLAND SQUARE SHOPPING CENTER, LLC, THE HERMAN KISHNER TRUST DBA MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL, BANK OF AMERICA, AS TRUSTEES FOR THE HERMAN KISHNER TRUST, MARYLAND SQUARE, LLC AND THE CLARK COUNTY SCHOOL DISTRICT'S,

              Third Party Plaintiffs,

vs.

GENERAL GROWTH MANAGEMENT, INC., a foreign corporation; BOULEVARD MALL, LLC, a foreign limited liability company; SEARS ROEBUCK & CO., a foreign corporation; GOOD YEAR TIRE & RUBBER CO., a foreign corporation; WIENS PROPERTIES, LLC, a Nevada Limited Liability Company; TERRIBLE HERBST, INC., a Nevada corporation, SUPERIOR TIRE, INC., a dissolved Nevada corporation, DR. CLEAN MANAGEMENT, INC., a revoked Nevada corporation, THE HOYT CORPORATION, a Maryland corporation, BOWE PERMAC, INC., a Texas corporation, and GOSS-JEWETT & CO., a suspended California corporation.

              Third Party Defendants.

      William A. Levy, Esq. and Candice E. Renka, Esq. of the law firm of Marquis & Aurbach is hereby substituted as attorney of record for the Clark County School District in the

. . .

M&A:04385-031 1103716_1 8/4/2010 10:51 AM

above referenced matter, in place and stead of Thomas F. Vandenburg, Esq. of Dongell Lawrence Finney LLP and Jason M. Gerber, Esq. of Marquis & Aurbach.

DATED this 3rd day of August, 2010.

MARQUIS & AURBACH

By /s/ Candice E. Renka
CANDICE E. RENKA, ESQ.
Nevada Bar No. 011447
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendants Maryland Square, LLC and the Clark County School District

I hereby consent to the above and foregoing substitution.

CLARK COUNTY SCHOOL DISTRICT

By: /s/ Bill Hoffman
Its: General Counsel

I hereby accept the above and foregoing substitution as attorney for the Clark County School District in the above-captioned matter.

DONGELL LAWRENCE FINNEY LLP

By: /s/ Thomas F. Vandenburg
THOMAS F. VANDENBURG, ESQ.
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102

MARQUIS & AURBACH

By: /s/ Jason M. Gerber
JASON M. GERBER, ESQ.
Nevada Bar No. 009812
10001 Park Run Drive
Las Vegas, NV 89145

M&A:04385-031 1103716_1 8/4/2010 10:51 AM

**PROOF OF SERVICE**

I hereby certify that on this 4th day of August, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

By /s/ Candice E. Renka
CANDICE E. RENKA, ESQ.

IT IS SO ORDERED.

GEORGE FOLEY, JR.
**United States Magistrate Judge**

Dated:   August 5, 2010

M&A:04385-031 1103716_1 8/4/2010 10:51 AM