UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, et al., | ) Case No. 2:08-CV-01618-RCJ-(GWF) |
| Plaintiff, | ) ORDER |
| v. | ) **THIRD PARTY DEFENDANT HOYT** |
| MARYLAND SQUARE, LLC, et al., | ) **CORPORATION'S MOTION TO APPEAR TELEPHONICALLY AT THE HEARING ON** |
| Defendants/Third Party Plaintiffs. | ) **AUGUST 26, 2010 BEFORE HON. JONES** |
| _____ | ) DATE:  AUGUST 26, 2010 |
| | ) TIME:  12:00 P.M. |
| AND ALL RELATED ACTIONS. | ) CRT RM:  HON. ROBERT C. JONES |
| _____ | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Third Party Defendant Hoyt Corporation ("Hoyt") will and hereby does move this Court for an Order permitting Hoyt's counsel Richard S. Baron and

1

Brian H. Phinney of Foley, Baron & Metzger, PLLC to appear telephonically at the hearing scheduled for August 26, 2010 at 12:00 p.m. before the Honorable Robert C. Jones in Las Vegas, Nevada.  This motion is made on the ground that Foley, Baron & Metzger's office is located in Livonia, MI.  Richard S. Baron and Brian H. Phinney may be reached at the time of the hearing at (734) 742-1855 or will call in at the time to any telephone number the Court may supply.

Dated:  August 19, 2010

By:  /s/ Brian H. Phinney
BRIAN H. PHINNEY (*admitted pro hac vice*)
Attorney for Defendant Hoyt Corporation
38777 Six Mile Road – Suite 300
Livonia, Michigan 48152
(734) 742-1800
(734) 521-2379 (Fax)
Email:  bphinney@fbmlaw.com

ORDER

DATED:  This 24th day of August, 2010.

_____
Robert C. Jones
United States District Judge