UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, et al.<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MARYLAND SQUARE, LLC, et al.<br><br>　　　　　Defendants.<br>―――――――――――――――――<br>AND RELATED CROSS CLAIMS AND THIRD PARTY CLAIMS<br>STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES, et. al.,<br><br>　　　　　Plaintiffs | ) Case No.  2:08-CV-01618-RCJ-(GWF)<br>) JUDGE ROBERT C. JONES<br>)　**ORDER**<br>) **DEFENDANTS MELVIN SHAPIRO**<br>) **AND SHAPIRO BROTHERS**<br>) **INVESTMENT Co. MOTION TO**<br>) **APPEAR TELEPHONICALLY AT THE**<br>) **INJUNCTION AND MOTION TO**<br>) **AMEND/CORRECT ORDER OF**<br>) **MOTION FOR SUMMARY JUDGMENT**<br>) **HEARINGS BEFORE HONORALBE**<br>) **ROBERT C. JONES**<br>)<br>) **CONSOLIDATED WITH**<br>)<br>) **CASE NO: 3:09-CV-00231-RCJ-GWF**<br>) |

Page 1 of 4

|  |  |
|---|---|
| vs | ) DATE: August 26, 2010 |
|  | ) TIME: 12:00 p.m. |
| MARYLAND SQUARE SHOPPING CENTER, et. al., | ) CRT RM: 6b Hon. Robert C. Jones |
|  | ) |
| Defendants | ) |
| _____ | ) |
| AND RELATED THIRD PARTY CLAIMS | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Defendants Melvin Shapiro and Shapiro Brothers Investment Co. ("the Shapiro Defendants") will and hereby moves this Court for an Order permitting the Shapiro Defendants counsel, Jeffrey T. Oberman of Levin & Oberman, to appear telephonically at the Injunction and Motion to Amend/Correct Order on Motion for Summary Judgment hearings scheduled for August 26, 2010 at 12:00 p.m. before the Honorable Judge Robert C. Jones in Las Vegas, Nevada. The motion is made on the grounds that as a result of the death of his aunt on Friday night, August 21, 2010, and the attendant funeral and memorial services, Mr. Oberman will be in Lake Hiawatha, New Jersey, from the evening of August 23, 2010, through August 27, 2010. Therefore, he will be unable to be present at the hearing in this matter on August 26, 2010. Mr. Oberman may be reached shortly before the time of the hearing at (310) 801-7934 or will call in at the time and to any telephone number the Court may supply.

ORDER

IT IS SO ORDERED.

_____
Robert C. Jones
United States District Judge

DATED: August 24, 2010