MARK E. FERRARIO.
Nevada Bar No. 1625
TAMI D. COWDEN
Nevada Bar No. 8994
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails: ferrariom@gtlaw.com
        cowdent@gtlaw.com
*Counsel for Third Party Defendant
Sears Roebuck & Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MARYLAND SQUARE, LLC; et. al.<br><br>Defendants. | Case No.: 2:08-cv-01618-RCJ-GWF |
| AND RELATED CROSS AND THIRD PARTY CLAIMS | Consolidated with: |
| STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF ENVIRONMENTAL PROTECTION, BUREAU OF CORRECTIVE ACTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>MARYLAND SQUARE SHOPPING CENTER, LLC, et. al.<br><br>Defendants | Case No.: 3:09-cv-00231-RCJ-GWF<br><br>**ORDER REGARDING THIRD PARTY DEFENDANT SEARS ROEBUCK & CO.'S MOTION FOR CONTINUANCE AND EXTENSION OF TIME TO OPPOSE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>**FIRST REQUEST** |
| AND RELATED THIRD PARTY CLAIMS | |

Page 1

CHI 60,395,116v1 10-19-10

Third Party Defendant Sears Roebuck & Company ("Sears"), by and through counsel of record, Greenberg Traurig, LLP, submits this Motion for an extension of time to file an opposition to the Motion to Compel Compliance with Subpoena [Doc. 476] filed by filed by Third Party Plaintiffs Maryland Square Shopping Center, LLC; the Herman Kishner Trust, dba Maryland Square Shopping Center; Irwin Kishner, Jerry Engel, and Bank of America, as Trustees for The Herman Kishner Trust; (collectively, "Kishner Parties).  This request is made pursuant to Local Rule 6.1, and is based upon the attached memorandum of authorities, the files and pleadings in the case, and such oral argument as the Court may permit.

## MEMORANDUM OF AUTHORITIES

Sears respectfully requests an extension of time to respond to the Kishner Parties' Motion to Compel Compliance ("Motion") with a subpoena issued by the Maryland Square Parties in July 13, 2010. **See Motion, Exhibit 3.**  The subpoena was issued pursuant to FRCP 45; no discovery schedule has been set for the third party litigation in this matter.

The Motion was filed on October 5, 2010, and Sears' opposition is due on October 22, 2010. The motion includes affidavit from an expert that had not been included with the subpoena. A hearing of the Motion has been set for November 4, 2010 at 10:30 am before Magistrate Judge George Foley.  Sears respectfully requests a two week extension of time in which to file its opposition.  Because that two week period would extend beyond the time of the scheduled hearing, a continuance of the hearing to a date convenient to the Magistrate Judge is also requested.

Good cause exists for such extension as Sears has been required to engage an expert witness to review the expert opinions included in the Motion, including the opinion of Mr. Howe not received prior to that Motion.  Sears' expert is unable to complete her report within the existing time period for a response, but does anticipate that her report regarding the proposed testing can be completed by November 12, 2010.

*CHI 60,395,116v1 10-19-10*

The undersigned affirms that a request for an extension of time to file an opposition was made to counsel for the Kishner Parties on October 18, 2010, which request was denied the same day. It is the understanding of Sears' counsel that counsel for the Boulevard Mall, another third party defendant at whom the Motion to Compel is directed, will also be requesting an extension and continuance.

DATED this ___ day of October 2010.

GREENBERG TAURIG, LLP

BY:   /S/ TAMI D. COWDEN
MARK E. FERRARIO.
Nevada Bar No. 1625
TAMI D. COWDEN
Nevada Bar No. 8994
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

Christopher J. Neumann
Gregory R. Tan
The Tabor Center
1200 17th Street, Suite 2400
Denver, CO 80202
*Counsel for Third Party Defendant Sears Roebuck & Co.*

## ORDER

The time for the response to the Kishner Parties' Motion to Compel Compliance is extended from October 22, 2010 to November 12, 2010. The date of the hearing of such motion is rescheduled to November 29, 2010 at 9:30 a.m.

IT IS SO ORDERED,

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: October 20, 2010

CHI 60,395,116v1 10-19-10

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2010, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ S. Renee Hoban
An employee of Greenberg Traurig

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)