# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, | |
| Plaintiffs, | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, | |
| Defendants | |
| MARYLAND SQUARE SHOPPING CENTER, LLC, *et al.*, | Amended Disassociation of Counsel (#494) |
| Third Party Plaintiffs, | |
| vs. | |
| GENERAL GROWTH MANAGEMENT, INC., *et al.*, | |
| Third Party Defendants. | |

This matter is before the Court on Jason M. Gerber, Esq. and the law firm of Marquis & Aurbach's Amended Disassociation of Counsel (#494), filed October 22, 2010. Mr. Gerber and the law firm of Marquis & Aurbach request leave to withdraw as counsel for Defendants Maryland Square Shopping Center, LLC, the Herman Kishner Trust dba Maryland Square Shopping Center and Irwin Kishner, Jerry Engel and Bank of America as Trustees for the Herman Kishner Trust ("the Kishner Parties"). The Court finds the movants substantially establish good cause for the withdrawal. In addition, the Kishner Parties will continue to be represented by Mike Hetey, Esq. of the law firm of Dongell Lawrence Finney LLP. Accordingly,

. . .

. . .

**IT IS HEREBY ORDERED** that Jason M. Gerber, Esq. and the law firm of Marquis & Aurbach's Amended Disassociation of Counsel (#494) is **granted**. Mr. Gerber and the law firm of Marquis & Aurbach are withdrawn from their representation of Maryland Square Shopping Center, LLC, the Herman Kishner Trust dba Maryland Square Shopping Center and Irwin Kishner, Jerry Engel and Bank of America as Trustees for the Herman Kishner Trust.

DATED this 2nd day of November, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge