# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, | |
| Plaintiffs, | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, | Motion to Appear Telephonically (#539) |
| Defendants | |

This matter is before the Court on Plaintiff State of Nevada Division of Environmental Protection's Motion to Appear Telephonically at November 29, 2010[1] Hearing Before Honorable George Foley, Jr. (#539), filed November 22, 2010. Plaintiff requests the Court's leave to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Plaintiff's counsel is located in Carson City, Nevada. The Court finds good cause to grant the request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff State of Nevada Division of Environmental Protection's Motion to Appear Telephonically at November 29, 2010 Hearing Before Honorable George Foley, Jr. (#539) is **granted**.

DATED this 30th day of November, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] The hearing on the motion to compel compliance (#476) was previously set for November 29, 2010. The parties are in the process of agreeing on a new date for the hearing.