# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER J. VOGGENTHALER, *et al.*,  )
       Plaintiffs,  )   Case No.  2:08-cv-01618-RCJ-GWF
vs.  )   **ORDER**
MARYLAND SQUARE, LLC., *et al.*,  )
       Defendants  )

This matter is before the Court on Plaintiffs' Motions to Appear Telephonically at November 29, 2010[1] Hearing Before Honorable George Foley, Jr. (#530, 532), filed November 19, 2010. Plaintiffs request the Court's leave for two of Plaintiff's attorneys, Alexander Robertson, IV, and Jan A. Greben, to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476). As the main offices of Plaintiffs' counsel are located out of state, the Court finds good cause to grant Plaintiffs' request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motions to Appear Telephonically at November 29, 2010 Hearing Before Honorable George Foley, Jr. (#530, 532) are **granted**.

DATED this 30th day of November, 2010.

*/s/ George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] The hearing on the motion to compel compliance (#476) was previously set for November 29, 2010. The parties are in the process of agreeing on a new date for the hearing.