# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, | |
| Plaintiffs, | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, | Motion to Appear Telephonically (#560) |
| Defendants | |

This matter is before the Court on Third-Party Defendant Boulevard Mall, Inc.'s Motion to Appear Telephonically at the December 20, 2010 Hearing Before the Honorable George Foley, Jr. (#560), filed December 2, 2010.  Third-Party Defendant requests the Court's leave to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Third-Party Defendant's counsel is located in Illinois.  The Court finds good cause to grant the request.  Accordingly,

**IT IS HEREBY ORDERED** that Third-Party Defendant Boulevard Mall, Inc.'s Motion to Appear Telephonically at the December 20, 2010 Hearing Before the Honorable George Foley, Jr. (#560) is **granted**.

DATED this 7th day of December, 2010.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge