1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PETER J. VOGGENTHALER, *et al.*,               )
                                               )
                    Plaintiffs,                )          Case No.  2:08-cv-01618-RCJ-GWF
                                               )
vs.                                            )          **ORDER**
                                               )
MARYLAND SQUARE, LLC., *et al.*,               )          Motion to Appear Telephonically
                                               )          (#576)
                    Defendants                 )
_____)

        This matter is before the Court on Plaintiffs' Motion to Appear Telephonically at December

20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#576), filed December 7, 2010.

Plaintiffs request the Court's leave for Alexander Robertson, IV, Esq. to appear telephonically at

the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Mr.

Robertson is located in Westlake Village, CA.  The Court finds good cause to grant the request.

Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Appear Telephonically at

December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#576) is **granted**.

        DATED this 10th day of December, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge