# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER J. VOGGENTHALER, *et al.*, )
)
      Plaintiffs, )   Case No.  2:08-cv-01618-RCJ-GWF
)
vs. )   **ORDER**
)
MARYLAND SQUARE, LLC., *et al.*, )   Motion to Appear Telephonically
)   (#577)
      Defendants )
)

      This matter is before the Court on Defendants Shapiro Brothers Investment Co. and Melvin Shapiro's Motion to Appear Telephonically at December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#577), filed December 8, 2010.  Defendants request the Court's leave for Jeffrey T. Oberman, Esq. to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Mr. Oberman is located in Beverly Hills, CA.  The Court finds good cause to grant the request.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendants Shapiro Brothers Investment Co. and Melvin Shapiro's Motion to Appear Telephonically at December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#577) is **granted**.

      DATED this 10th day of December, 2010.

                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge