# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. ) | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, ) | Motion to Appear Telephonically (#578) |
| Defendants ) | |

  This matter is before the Court on Plaintiffs' Motion to Appear Telephonically at December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#578), filed December 8, 2010. Plaintiffs request the Court's leave for Jan A. Greben, Esq. to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Mr. Greben is located in Santa Barbara, CA. The Court finds good cause to grant the request. Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Appear Telephonically at December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#578) is **granted**.

  DATED this 10th day of December, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge