# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:08-cv-01618-RCJ-GWF |
| vs. | ) **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, | ) Motion to Appear Telephonically (#580) |
| Defendants | ) |

This matter is before the Court on Defendant Hoyt Corporation's Motion to Appear Telephonically at the Hearing on December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#580), filed December 10, 2010. Defendant requests the Court's leave for Brian H. Phinney, Esq. to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Mr. Phinney is located in Livonia, Michigan. The Court finds good cause to grant the request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Hoyt Corporation's Motion to Appear Telephonically at the Hearing on December 20, 2010 Hearing Before Honorable Judge George Foley, Jr. (#580) is **granted**.

DATED this 13th day of December, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge