# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. ) | **ORDER** |
| MARYLAND SQUARE, LLC., *et al.*, ) | Motion to Appear Telephonically (#586) |
| Defendants ) | |

This matter is before the Court on Third-Party Defendant Bowe Permac, Inc.'s Motion to Appear Telephonically at the December 20, 2010 Hearing (#586), filed December 13, 2010. Third-Party Defendant requests the Court's leave for Alexander M. Weyand, Esq. to appear telephonically at the pending hearing on Defendants' Motion to Compel Compliance with Subpoena (#476) as Mr. Weyand is located in San Francisco, California. The Court finds good cause to grant the request. Accordingly,

**IT IS HEREBY ORDERED** that Third-Party Defendant Bowe Permac, Inc.'s Motion to Appear Telephonically at the December 20, 2010 Hearing (#586) is **granted**.

DATED this 14th day of December, 2010.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge