UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER et al., | ) |
| Plaintiffs, | ) |
| v. | ) 2:08-cv-1618-RCJ-GWF |
| MARYLAND SQUARE, LLC, et al., | ) ORDER |
| Defendants. | ) |

Currently before the Court is Plaintiffs' revised time pursuant to this Court's Order (#486) granting Plaintiffs' Motion for Attorneys Fees and Related Costs (#400). The Court finds Defendants' objections to Plaintiffs' proposed order regarding attorneys' fees and costs (#510) meritorious.

IT IS ORDERED that:

(A) The law firm of Robertson & Vick is awarded attorneys fees and costs in the amount of $463,882.31.[1]

(B) The law firm of Greben & Associates is awarded attorneys fees and costs in the amount of $139,097.83.[2]

DATED: This 29th day of December, 2010.

United States District Judge

---

[1] The Court finds that attorneys' fees were in the amount of $247,157.50 and costs were in the amount of $216,724.81.

[2] The Court finds that attorneys' fees were in the amount of $130,890.00 and costs were in the amount of $8,207.83.