≊AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF   Nevada

Peter J. Voggenthaler, et al.,

               Plaintiffs,

V.

Maryland Square, LLC, et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-01618-RCJ -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment on Attorney's Fees and Costs is entered in favor of the law firm of Robertson & Vick in the amount of $463,882.31($247,157.50 in attorney's fees and $216,724.81 in costs).

IT IS FURTHER ORDERED AND ADJUDGED Judgment on Attorney's Fees and Costs is entered in favor of the law firm of Greben & Associates in the amount of $139,097.83 ($130,890.00 in attorney's fees and $8,207.83 in costs).

December 29, 2010                                    /s/ Lance S. Wilson

Date                                                         Clerk

                                                                  /s/ Aaron Blazevich

                                                                  (By) Deputy Clerk