## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PETER J. VOGGENTHALER, *et al.*,  )
        Plaintiffs,  )    Case No.  2:08-cv-01618-RCJ-GWF
        )
vs.  )    **ORDER**
        )
MARYLAND SQUARE, LLC., *et al.*,  )
        Defendants  )

This matter is before the Court on the requests for exception from attendance at the settlement conference for February 15, 2011.  Pursuant to the Court's Minute Order (#634) vacating the February 15, 2011 settlement conference,

**IT IS HEREBY ORDERED** that the following motions for exception from attendance at the settlement conference are moot:

1. Hoyt Corporation's Request for Exception to Attend the Settlement Conference Scheduled for February 15, 2011 (#623);

2. Third Party Defendant Bowe Permac Inc.'s Request for Exception to Attend the Settlement Conference Scheduled for February 15, 2011 (#625);

3. Third Party Defendant So. Nev. T.B.A. Supply Co., D/B/A Ted Wiens Tire & Auto Centers Request for Exception from Attendance at Mandatory Settlement Conference Scheduled for February 15, 2011 (#626);

4. Third-Party Defendant Goodyear Tire & Rubber Company's Request for Exception from Attendance at Mandatory Settlement Conference Scheduled for February 15, 2011 (#630); and

. . .

5. Sears' Request for Exception from Mediation (#631).

DATED this 1st day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge