## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.  2:08-cv-01618-RCJ-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MARYLAND SQUARE, LLC., *et al.*, ) | **Motion to Appear Telephonically at the Hearing on February 15, 2011 - #646** |
| ) | |
| Defendants ) | |
| ———————————————————) | |

     This matter is before the Court on Kishner Defendants' Motion to Appear Telephonically at the Hearing on February 15, 2011 before Honorable Judge George Foley, Jr. (#646) filed February 7, 2011.  Upon review and consideration,

     **IT IS ORDERED** that the Kishner Defendants' Motion to Appear Telephonically (#646) is **granted**.  The out-of-state counsel of the Kishner Defendants may appear telephonically.  Please dial (702) 868-4910, password 123456, 5 minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

     DATED this 8th day of February, 2011.

                                                           _____
                                                           GEORGE FOLEY, JR.
                                                           United States Magistrate Judge