## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:08-cv-01618-RCJ-GWF |
| ) | |
| vs. ) | **MINUTE ORDER** |
| ) | |
| MARYLAND SQUARE, LLC., *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | Dated: February 9, 2011 |

PRESENT: THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

JUDICIAL ASSISTANT: Julia Wright     RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF(S):   None Appearing

COUNSEL FOR DEFENDANT(S):   None Appearing

RE: 1) Plaintiff, State of Nevada's Motion to Appear Telephonically at the February 15, 2011, Hearing (#650), filed February 9, 2011;

   2) Plaintiffs' Motion to Appear Telephonically at the February 15, 2011, Hearing (#651), filed February 9, 2011; and

   3) Plaintiffs' Motion to Appear Telephonically at the February 15, 2011, Hearing (#652), filed February 9, 2011.

**IT IS HEREBY ORDERED** that Plaintiffs' Motions to Appear Telephonically (#650), (#651) and (#652) are **granted.** Counsel appearing telephonically must make their own arrangements to participate in a conference call. The parties should arrange to meet on a single conference call. Once all parties are present, the conference call should telephone the Courts Meet Me Line (702-868-4910) and enter the password 123456 so that the conference call is connected to the Court. Parties participating telephonically must utilize a land line and may not use a speaker phone or a cellular telephone.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge