AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

Peter J. Voggenthaler, et al. )
_____ )
          *Plaintiff* )
          v. )   Civil Action No. 2:08-cv-01619-RCJ-GWF
Maryland Square, LLC, et al. )
_____ )
          *Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

[ ] the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, and postjudgment interest at the rate of ____%, along with costs.

[ ] the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

[X] other: Judgment on Attorney's Fees against the Defendants Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Bank of America, as Trustees for The Herman Kishner Trust, and Maryland Square, LLC is entered in favor of the law firm of Robertson & Vick in the amount of $247,147.50 and the law firm of Greben & Associates in the amount of $130,890.00.

This action was *(check one)*:

[ ] tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

[ ] tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge Robert C. Jones _____ on a motion for Attorneys' Fees and Related Costs (Doc. 400)

LANCE S. WILSON      2/25/11
CLERK            DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

AO-450