# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER J. VOGGENTHALER, *et al.*,

    Plaintiffs,

vs.

MARYLAND SQUARE, LLC., *et al.*,

    Defendants

Case No. 2:08-cv-01618-RCJ-GWF

**ORDER**

This matter is before the Court on the Substitution of Attorneys (#831), filed on December 7, 2011. It seeks to substitute Shan Davis & Associates in the place and stead of Duane Morris LLP as attorney for Maryland Square, LLC in the above-captioned matter. Local Rule IA 10-6, requires that any stipulation to substitute attorneys shall be by leave of Court and shall bear the signatures of the attorneys and of the client represented. The proposed Substitution of Attorney does not provide a signature of authorization by Maryland Square, LLC. Accordingly,

**IT IS ORDERED** that the Substitution of Attorneys (#831) is denied without prejudice.

DATED this 8th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge