AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Peter J. Voggenthaler, et al

Plaintiffs,

V.

Maryland Square, LLC, et al

Defendants.

**JUDGMENT** FOR ATTORNEY FEES

Case Number: 2:08-cv-01618-RCJ-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that NDEP's motion for attorneys' fees and costs is GRANTED in part and DENIED in part as follows. NDEP is awarded attorneys' fees in the amount of $217,880.00, and $1,077.94 in travel costs and $425.04 in transcription costs.

| November 27, 2012 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |