1

DONGELL LAWRENCE FINNEY LLP
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609

2

3

4

DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL, ESQ.
(CA Bar No. 128083 - Admitted *Pro Hac Vice*)
THOMAS F. VANDENBURG, ESQ.
(CA Bar No. 163446 - Admitted *Pro Hac Vice*)
JOSHUA N. LEVINE, ESQ.
(CA Bar No. 171840 - Admitted *Pro Hac Vice*)
707 Wilshire Blvd., 45th Floor
Los Angeles, CA 90017
Phone:  (213) 943-6100 / Fax:  (213) 943-6101
E-mail:  rdongell@dlflawyers.com;
tvandenburg@dlflawyers.com; jlevine@dlflawyers.com

5

6

7

8

9

10

Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
Phone: (702) 384-9900 / Fax: (702) 384-5900
E-mail: Steve@SJPlawyer.com

11

12

13

14

Attorneys for Defendants Maryland Square Shopping Center, LLC,
the Herman Kishner Trust d/b/a Maryland Square Shopping Center,
Irwin Kishner, Jerry Engel, and Bank of America, as Trustees for
The Herman Kishner Trust

15

16

### UNITED STATES DISTRICT COURT

17

### DISTRICT OF NEVADA

18

| | |
|---|---|
| PETER J. VOGGENTHALER; et. al. | Case No.:        2:08-cv-01618-RCJ-(GWF) |
| Plaintiffs, | |
| vs. | **SUPPLEMENTAL JOINT STATUS REPORT** |
| MARYLAND SQUARE, LLC; et. al. | |
| Defendants. | |
| AND RELATED CROSS AND THIRD PARTY CLAIMS | CONSOLIDATED WITH: |
| STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES, et. al. | Case No.:        3:09-cv-231-RCJ-(GWF) |
| Plaintiff, | |
| vs. | |
| MARYLAND SQUARE SHOPPING CENTER, LLC, et. al. | |
| Defendants. | |
| AND RELATED THIRD PARTY CLAIMS | |

19

20

21

22

23

24

25

26

27

28

1.

The undersigned parties, Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel and Bank of America, N.A.,[1] as Trustees for The Herman Kishner Trust (the "Kishner Defendants"), Patricia Leibovici, in her capacity as Special Administrator of the Estate of Melvin Shapiro,[2] and Shapiro Brothers Investment Co. ("SBIC"), Maryland Square LLC, and Nevada Division of Environmental Protection (collectively, the "Parties"), by and through their counsel of record, hereby submit this Supplemental Joint Status Report in further support of the Joint Status Report (Doc. 1014) submitted to the Court on December 13, 2013 and to assist the Court in advance of the Status Conference scheduled for February 13, 2014.

Since the submission of the December 13, 2013 Joint Status Report (Doc. 1014), two material developments have occurred.  First, the parties and their various carrier representatives have scheduled a further round of in person mediation sessions with the mediator Robert J. Kaplan, Esq. in San Diego, California for March 13 and 14, 2014.  Second, in the matter of *Hartford Fire Insurance Company, et al. v. Pacific Employers Insurance Company, et al.*, in the United States District Court, District of Nevada, Case No. 2:13-cv-00055-JCM-PAL (the "*Hartford* Action"), the Court recently granted the parties request for a further stay until March 28, 2014. (See the Order filed 1/3/14 in the *Hartford* Action, attached hereto as Exhibit "A".)

The parties to the Hartford Action include the Kishner Defendants, Patricia Leibovici, in her capacity as Special Administrator of the Estate of Melvin Shapiro, SBIC, Maryland Square LLC, and numerous insurance carriers.  Given the common interests of the Parties to this action and the parties of the *Hartford* Action to reach a prospective settlement utilizing the continuing mediation services of Mr. Kaplan through the scheduled March 13 and 14, 2014 mediation, the

---

[1] On or about July 12, 2013, the Probate Court of the Eighth Judicial District Court, Clark County, Nevada, entered an Order, allowing Defendant Bank of America, N.A., as Trustee for Defendant Herman Kishner Trust, to withdraw as Trustee.  Thereupon, Premier Trust, Inc., a Nevada corporation, was installed as a Trustee for Defendant Herman Kishner Trust.  Defendant Herman Kishner Trust will seek the parties' stipulation to the Court to allow the Court to Order a substitution of these parties.

[2] The Motion of Patricia Leibovici, in Her Capacity as Special Administrator of the Estate of Melvin Shapiro, to Substitute for Melvin Shapiro, Deceased, as a Party to This Action (Document 1016), was filed in this action on January 13, 2014.

2.

undersigned Parties believe that the continued mediation efforts under the oversight of Mr.

Kaplan and a stay of all litigation activities would serve the Court and the Parties' interests best

by preserving the resources of the Parties and allowing the Parties to focus on the litigation and

insurance issues which are the subject of mediation.

Accordingly, the Parties respectfully renew their request for the following:

(1)     The Parties shall provide the Court with a further joint status report by April 1,
2014 or as the Court may otherwise direct.

(2)     The Court shall stay all litigation activities, and specifically continue the filing
and briefing schedule for Maryland Square LLC's motion for summary judgment
addressing the bona fide purchaser exception and Maryland Square LLC's
motion for reconsideration.

(3)     If the Court elects to proceed with the Status Conference on February 13, 2014,
the Parties request the option to appear at the Status Conference telephonically.

DATED:  February 3, 2014            DONGELL LAWRENCE FINNEY LLP


By:   _/s/Thomas F. Vandenburg_____
Thomas F. Vandenburg
*Attorneys for Defendants Maryland Square
Shopping Center, LLC, the Herman Kishner Trust
d/b/a Maryland Square Shopping Center, Irwin
Kishner, Jerry Engel, and Bank of America, as
Trustees for The Herman Kishner Trust*


DATED:  February 3, 2014            BENESCH FRIEDLANDER COPLAN &
ARONOFF, LLP


By:   _/s/Jeremy Gilman_____
Jeremy Gilman

*Attorneys for Defendants Patricia Leibovici, in her
capacity as Special Administrator of the Estate of
Melvin Shapiro, Estate of Phillip Shapiro, and
Shapiro Brothers Investment Co.*

3.

DATED:  February 3, 2014                NEIL J. BELLER, LTD.


                                        By:   /s/Neil J. Beller
                                              Neil J. Beller

                                        *Attorneys for Defendants Patricia Leibovici, in her
                                        capacity as Special Administrator of the Estate of
                                        Melvin Shapiro, Estate of Phillip Shapiro, and
                                        Shapiro Brothers Investment Co.*

DATED:  February 3, 2014                LAWSON & WEITZEN, LLP


                                        By:   /s/Franklin H.  Levy
                                              Franklin H. Levy
                                        *Attorneys for Defendant Maryland Square, LLC*

DATED:  February 3, 2014                CATHERINE CORTEZ MASTO
                                        Attorney General


                                        By:   /s/Wayne Klomp
                                              Wayne Klomp
                                              Deputy Attorney General
                                        *Attorneys for Plaintiff State of Nevada, Division of
                                        Environmental Protection*

4.

**PROOF OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

        I, the undersigned, am a citizen of the United States of America, am over the age of 18 and not a party to the within action.  My business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.  On <u>February 3, 2014</u>, I served a copy of the foregoing document described as follows:

**SUPPLEMENTAL JOINT STATUS REPORT**

served:

        [ X ]  Electronically in accordance with United States District Court of the District of Nevada Electronic Filing Procedures, Section IV Service, B. Electronic Service.

        I declare that I am employed in the office of an attorney who has been admitted *pro hac vice* for the purpose of this case only to the bar of this court at whose direction the service was made.

        Under penalty of perjury, I declare the aforesaid to be true and correct.

Executed on <u>February 3, 2014</u>.

        By:   <u>*/s/ Sheryl R. Douglas*</u>
              Sheryl R. Douglas

1562-092/82051

5.

SUPPLEMENTAL JOINT STATUS REPORT