UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER J. VOGGENTHALER; et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARYLAND SQUARE SHOPPING CENTER LLC; et al., <br><br> Defendants - Appellees, <br><br> v. <br><br> MELVIN SHAPIRO; SHAPIRO BROTHERS INVESTMENT COMPANY, <br><br> Defendants - Appellants, <br><br> and <br><br> MARYLAND SQUARE LLC; CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendants. | No. 11-15176 <br><br> D.C. Nos. 2:08-cv-01618-RCJ-GWF, 3:09-cv-00231-RCJ-GWF <br> U.S. District Court for Nevada, Las Vegas <br><br> **MANDATE** |

The judgment of this Court, entered July 26, 2013, amended on October 4, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk