DONGELL LAWRENCE FINNEY LLP
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609

DONGELL LAWRENCE FINNEY LLP
THOMAS F. VANDENBURG, ESQ.
(CA Bar No. 163446 - Admitted *Pro Hac Vice*)
707 Wilshire Blvd., 45th Floor
Los Angeles, CA 90017
Phone: (213) 943-6100 / Fax: (213) 943-6101
E-mail: tvandenburg@dlflawyers.com

Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
Phone: (702) 384-9900 / Fax: (702) 384-5900
E-mail: Steve@SJPlawyer.com

Attorneys for Defendants Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Premier Trust, as Trustees for The Herman Kishner Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. VOGGENTHALER; et. al.<br>Plaintiffs,<br>vs.<br>MARYLAND SQUARE, LLC; et. al.<br>Defendants. | Case No.: 2:08-cv-01618-RCJ-GWF<br><br>**JOINT STATUS REPORT OF KISHNER DEFENDANTS, INCLUDING MSLLC; SHAPIRO DEFENDANTS; and NEVADA DIVISION OF ENVIRONMENTAL PROTECTION** |
| AND RELATED CROSS AND THIRD PARTY CLAIMS | |
| STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES, et. al.<br>Plaintiff,<br>vs.<br>MARYLAND SQUARE SHOPPING CENTER, LLC, et. al.<br>Defendants. | CONSOLIDATED WITH:<br><br>Case No.: 3:09-cv-231-RCJ-GWF |
| AND RELATED THIRD PARTY CLAIMS | |

/ / /

/ / /

The undersigned parties, Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel and Bank of America, N.A.,[1] as Trustees for The Herman Kishner Trust (the "Kishner Defendants"), Patricia Leibovici, in her capacity as Special Administrator of the Estate of Melvin Shapiro, Shapiro Brothers Investment Co. ("SBIC"), Maryland Square LLC, and Nevada Division of Environmental Protection (collectively, the "Parties"), by and through their counsel of record, hereby submit this Joint Status Report to assist the Court in advance of the Status Conference scheduled for May 16, 2014.

Since the last Status Conference on February 13, 2014, the Parties and their various carrier representatives conducted a further session of in person mediation with the mediator Robert J. Kaplan, Esq. in San Diego, California on March 13, 2014.

At the conclusion of that mediation session, a global resolution of all issues of insurance indemnity of the Kishner Defendants and the Shapiro Defendants was achieved between the Kishner Defendants, the Shapiro Defendants, the various insurance carriers and NDEP. A memorandum of understanding was reached, and the various settlement agreements are presently being documented and are expected to be fully executed in the next two to three (2-3) weeks.

The funding from the global settlement will allow the Kishner Defendants to implement the expected groundwater remedy under the Permanent Injunction. It is anticipated that NDEP will issue in the next few weeks the Proposed Plan (i.e., the Remedial Action Plan) for the selected remedial actions to achieve the remediation standards for PCE in indoor air and groundwater. Once the Proposed Plan is finalized and an accurate timeline is available for implementing compliance with the remainder of the Permanent Injunction, the Kishner

[1] On or about July 12, 2013, the Probate Court of the Eighth Judicial District Court, Clark County, Nevada, entered an Order, allowing Defendant Bank of America, N.A., as Trustee for Defendant Herman Kishner Trust, to withdraw as Trustee. Thereupon, Premier Trust, Inc., a Nevada corporation, was installed as a Trustee for Defendant Herman Kishner Trust. Defendant Herman Kishner Trust will seek the parties' stipulation to the Court to allow the Court to Order a substitution of these parties.

Defendants and NDEP expect to petition this Court for modifications to the Permanent Injunction consistent with the Proposed Plan.

Accordingly, the Parties respectfully request the following:

(1) The Court shall stay all litigation activities; and

(2) The Parties shall provide the Court with a further joint status report by August 1, 2014 or as the Court may otherwise direct.

DATED: May 13, 2014

DONGELL LAWRENCE FINNEY LLP

By: *\/s/Thomas F. Vandenburg*
Thomas F. Vandenburg
*Attorneys for Defendants Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Premier Trust, as Trustees for The Herman Kishner Trust*

DATED: May 13, 2014

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

By: */s/Jeremy Gilman*
Jeremy Gilman

*Attorneys for Defendants Patricia Leibovici, in her capacity as Special Administrator of the Estate of Melvin Shapiro, Estate of Phillip Shapiro, and Shapiro Brothers Investment Co.*

DATED: May 13, 2014

NEIL J. BELLER, LTD.

By: */s/Neil J. Beller*
Neil J. Beller

*Attorneys for Defendants Patricia Leibovici, in her capacity as Special Administrator of the Estate of Melvin Shapiro, Estate of Phillip Shapiro, and Shapiro Brothers Investment Co.*

/ / /

/ / /

DATED: May 13, 2014

LAWSON & WEITZEN, LLP

By: *\/s/Franklin H. Levy*
Franklin H. Levy
*Attorneys for Defendant Maryland Square, LLC*

DATED: May 13, 2014

CATHERINE CORTEZ MASTO
Attorney General

By: */s/Wayne Klomp*
Wayne Klomp
Deputy Attorney General
*Attorneys for Plaintiff State of Nevada, Division of Environmental Protection*

## PROOF OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States of America, am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609. On May 13, 2014, I served a copy of the foregoing document described as follows:

**JOINT STATUS REPORT OF KISHNER DEFENDANTS, INCLUDING MSLLC; SHAPIRO DEFENDANTS; and NEVADA DIVISION OF ENVIRONMENTAL PROTECTION**

served:

[ X ] Electronically in accordance with United States District Court of the District of Nevada Electronic Filing Procedures, Section IV Service, B. Electronic Service.

I declare that I am employed in the office of an attorney who has been admitted *pro hac vice* for the purpose of this case only to the bar of this court at whose direction the service was made.

Under penalty of perjury, I declare the aforesaid to be true and correct.

Executed on May 13, 2014.

By: *____/s/ Sheryl R. Douglas____*
Sheryl R. Douglas

1562-092/84842