UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, et al.; | |
| Plaintiff, | Case No. 2:08-cv-01618-RCJ-GWF |
| vs. | |
| | MINUTE ORDER |
| MARYLAND SQUARE, LLC, et al.; | |
| Defendant. | Date: July 2, 2014 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE**

**Deputy Clerk:** none appearing     **Reporter:** none appearing

IT IS HEREBY ORDERED that [1035] Motion for Telephonic Appearance at July 7, 2014 Status Conference is GRANTED.

The following instructions are given in that regard: Counsel shall dial into the AT&T meet-me-line number (1-888-675-2535, Access Code 2900398, Security Code 070714) five (5) minutes prior to the hearing.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

Dated this 2nd day of July, 2014.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE