DONGELL LAWRENCE FINNEY LLP
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THOMAS F. VANDENBURG, ESQ.
(CA Bar No. 163446 - Admitted *Pro Hac Vice*)
PAUL D. RASMUSSEN, ESQ.
(CA Bar No. 201680 - Admitted *Pro Hac Vice*)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609

STEVEN J. PARSONS
LAW OFFICES OF STEVEN J. PARSONS
Nevada Bar No. 363
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
Phone: (702) 384-9900 / Fax: (702) 384-5900

Attorneys for Defendants/Third-Party Plaintiffs Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Premier Trust, as Trustees for The Herman Kishner Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. VOGGENTHALER; et. al.<br>        Plaintiffs,<br>vs.<br>MARYLAND SQUARE, LLC; et. al.<br>        Defendants.<br><br>AND RELATED CROSS AND THIRD PARTY CLAIMS<br><br>STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES, et. al.<br>        Plaintiff,<br>vs.<br>MARYLAND SQUARE SHOPPING CENTER, LLC, et. al.<br>        Defendants.<br><br>AND RELATED THIRD PARTY CLAIMS | Case No.:   2:08-cv-1618-RCJ-(GWF)<br><br>**PLAINTIFF STATE OF NEVADA, DIVISION OF ENVIRONMENTAL PROTECTION, AND DEFENDANTS /THIRD-PARTY PLAINTIFFS MARYLAND SQUARE SHOPPING CENTER, LLC, THE HERMAN KISHNER TRUST D/B/A MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL, AND PREMIER TRUST, AS TRUSTEES FOR THE HERMAN KISHNER TRUST; DEFENDANTS PATRICIA LEIBOVICI, IN HER CAPACITY AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MELVIN SHAPIRO, ESTATE OF PHILLIP SHAPIRO, AND SHAPIRO BROTHERS INVESTMENT CO.; DEFENDANT MARYLAND SQUARE, LLC'S STIPULATION; and**<br><br>**[PROPOSED] ORDER TO DISMISS CERTAIN CLAIMS, WITH PREJUDICE**<br><br>CONSOLIDATED WITH:<br><br>Case No.:   3:09-cv-231-RCJ-GWF |

**RECITALS**

WHEREAS a certain Settlement Agreement and Release ("Agreement") was entered into by and among The Herman Kishner Trust, Irwin Kishner, as Trustee for The Herman Kishner Trust, Jerry Engel, as Trustee for The Herman Kishner Trust, Premier Trust, as Trustee for The Herman Kishner Trust, and Maryland Square Shopping Center Limited Liability Company (collectively, the "Kishner Parties") and Patricia Leibovici, as Special Administrator of the Estate of Melvin Shapiro, Edward Foster, as Special Administrator of the Estate of Philip Shapiro, and Florence Shapiro (collectively, the "Shapiro Parties") and Maryland Square, LLC, and the State of Nevada, Department of Conservation and Natural Resources, Division of Environmental Protection, Bureau of Corrective Actions ("NDEP") (collectively the "Parties").

WHEREAS upon completion of a condition precedent the Agreement requires the Parties to seek dismissals of certain claims in this consolidated matter.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel of record that the following claims and/or cross claims shall be dismissed with prejudice and each party bearing its own cots, attorneys' fees and expenses:

(1) All claims and/or cross-claims filed by the Kishner Parties, Maryland Square, LLC or NDEP as against any of the Shapiro Parties in this consolidated matter; and

(2) All claims and/or cross-claims filed by the Shapiro Parties, Al Phillips The Cleaner, Inc. or Shapiro Bros. Investment Co. against any of the Kishner Parties or Maryland Square, LLC in this consolidated matter.

IT IS SO STIPULATED.

DATED: July 11, 2014                    DONGELL LAWRENCE FINNEY LLP

                                        By:  /s/Thomas F. Vandenburg
                                             Thomas F. Vandenburg
                                        *Attorneys for Defendants Maryland Square*
                                        *Shopping Center, LLC, the Herman Kishner Trust*
                                        *d/b/a Maryland Square Shopping Center, Irwin*
                                        *Kishner, Jerry Engel, and Bank of America, as*
                                        *Trustees for The Herman Kishner Trust*

| | |
|---|---|
| DATED: July 11, 2014 | NEIL J. BELLER, LTD.<br><br>By:   _/s/Neil J. Beller_<br>       Neil J. Beller<br>*Attorneys for Defendants Patricia Leibovici, in her capacity as Special Administrator of the Estate of Melvin Shapiro, Estate of Phillip Shapiro, and Shapiro Brothers Investment Co.* |
| DATED: July 11, 2014 | LAWSON & WEITZEN, LLP<br><br>By:   _/s/Franklin H. Levy_<br>       Franklin H. Levy<br>*Attorneys for Defendant Maryland Square, LLC* |
| DATED: July 11, 2014 | CATHERINE CORTEZ MASTO<br>Attorney General<br><br>By:   _/s/Wayne Klomp_<br>       Wayne Klomp<br>       Deputy Attorney General<br>*Attorneys for Plaintiff State of Nevada, Division of Environmental Protection* |

### **ORDER**

IT IS SO ORDERED.

Dated: July ____, 2014

_____
**U.S. DISTRICT/MAGISTRATE JUDGE**

### **CERTIFICATE OF SERVICE BY E-FILING**

I hereby certify that service of the foregoing Plaintiff State Of Nevada, Division Of Environmental Protection, And Defendants /Third-Party Plaintiffs Maryland Square Shopping Center, LLC, The Herman Kishner Trust D/B/A Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, And Premier Trust, As Trustees For The Herman Kishner Trust; Defendants Patricia Leibovici, In Her Capacity As Special Administrator Of The Estate Of Melvin Shapiro, Estate Of Phillip Shapiro, And Shapiro Brothers Investment Co.; Defendant Maryland Square, LLC's Stipulation And [Proposed] Order To Dismiss Certain Claims, With Prejudice was by e-filing with the Court's CM/ECF system, duly noting that on prior e-filings,

1. all of the other parties have been noted as receiving copies from the Court by e-filing and have
2. consented to be served in that manner.
3. Dated: July 11, 2014.

*/s/ Britney Robinson*
Employee of LAW OFFICES OF STEVEN J. PARSONS