DONGELL LAWRENCE FINNEY LLP
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609

DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL, ESQ.
(CA Bar No. 128083 - Admitted *Pro Hac Vice*)
THOMAS F. VANDENBURG, ESQ.
(CA Bar No. 163446 - Admitted *Pro Hac Vice*)
PAUL D. RASMUSSEN, ESQ.
(CA Bar No. 201680 - Admitted *Pro Hac Vice*)
707 Wilshire Blvd., 45th Floor
Los Angeles, CA 90017
Phone:  (213) 943-6100 / Fax:  (213) 943-6101

LAW OFFICES OF STEVEN J. PARSONS
STEVEN J. PARSONS
Nevada Bar No. 363
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
Phone: (702) 384-9900 / Fax: (702) 384-5900

Attorneys for Defendants/Third-Party Plaintiffs Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Premier Trust, as Trustees for The Herman Kishner Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. VOGGENTHALER; et. al.<br>　　　　　Plaintiffs,<br>　vs.<br>MARYLAND SQUARE, LLC; et. al.<br>　　　　　Defendants. | Case No.:　　2:08-cv-01618-RCJ-GWF<br><br>**STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT BOULEVARD MALL, LLC WITHOUT PREJUDICE** |
| AND RELATED CROSS AND THIRD PARTY CLAIMS | CONSOLIDATED WITH: |
| STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES, et. al.<br>　　　　　Plaintiff,<br>　vs.<br>MARYLAND SQUARE SHOPPING CENTER, LLC, et. al.<br>　　　　　Defendants. | Case No.:　　3:09-cv-231-RCJ-GWF |
| AND RELATED THIRD PARTY CLAIMS | |

1.

STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT BOULEVARD MALL, LLC WITHOUT PREJUDICE

Third Party Plaintiffs MARYLAND SQUARE SHOPPING CENTER LLC; THE HERMAN KISHNER TRUST dba MARYLAND SQUARE SHOPPING CENTER; IRWIN KISHNER; JERRY ENGEL and PREMIER TRUST as Trustees for the HERMAN KISHNER TRUST (collectively "*Third Party Plaintiffs*"), and Third Party Defendant BOULEVARD MALL, LLC, by and through their undersigned attorneys, stipulate as follows:

1. Each of Third Party Plaintiffs' claims against Boulevard Mall, LLC in this action shall be dismissed without prejudice, each party bearing its own fees and costs.

Dated the 3rd day of July, 2014.

JEFFREY R. DIVER, P.C.

By: /s/Jeffrey R. Diver
    Jeffrey R. Diver
*Attorneys for Third-Party Defendant Boulevard Mall, LLC*

DONGELL LAWRENCE FINNEY LLP

By: /s/Thomas F. Vandenburg
    Thomas F. Vandenburg
*Attorneys for Defendants/Third-Party Plaintiffs Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Premier Trust, as Trustees for The Herman Kishner Trust*

## **ORDER**

IT IS HEREBY ORDERED pursuant to the stipulation of Third Party Plaintiffs and Third Party Defendant Boulevard Mall, LLC, that Third Party Defendant Boulevard Mall, LLC shall be and is hereby dismissed from this lawsuit without prejudice;

AND IT IS FURTHER ORDERED that Third Party Plaintiffs and Third Party Defendant Boulevard Mall, LLC shall each bear their own attorneys' fees and costs.

Dated: July 15, , 2014            _____
                                                                  UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States of America, am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609. On July 3, 2014, I served a copy of the foregoing document described as follows:

**STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT BOULEVARD MALL, LLC WITHOUT PREJUDICE**

served:

[ X ]  Electronically in accordance with United States District Court of the District of Nevada Electronic Filing Procedures, Section IV Service, B. Electronic Service.

I declare that I am employed in the office of an attorney who has been admitted *pro hac vice* for the purpose of this case only to the bar of this court at whose direction the service was made.

Under penalty of perjury, I declare the aforesaid to be true and correct. Executed on July 3, 2014.

By:   */s/ Sheryl R. Douglas*
       Sheryl R. Douglas