CATHERINE CORTEZ MASTO
Attorney General
WAYNE KLOMP
Deputy Attorney General
Nevada State Bar No. 10109
Tele: (775) 850-4101
100 North Carson Street
Carson City, Nevada 89701
Tele: (775) 684-1217
FAX: (775) 684-1103
*Attorneys for Nevada Division of Environmental Protection*

**Attorney General's Office**
100 N. Carson Street
Carson City, Nevada 89701-4717

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PETER J. VOGGENTHALER, at al.,

Plaintiffs,

v.

MARYLAND SQUARE, LLC, et al.,

Defendants,

AND RELATED CROSS CLAIMS AND THIRD PARTY CLAIMS

STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, et al.,

Plaintiffs,

v.

MARYLAND SQUARE SHOPPING CENTER, et al.,

Defendants

**AND RELATED THIRD PARTY CLAIMS**

Case No. 2:08-cv-01618-RCJ-GWF

(consolidated with 3:09-cv-00231-RCJ-GWF)

**STIPULATION AND ORDER REGARDING PROPOSED PLAN**

The Court held a Status Conference on Monday, July 7, 2014, to address outstanding issues including the stay currently in place pursuant to the Parties' request for additional time to negotiate a settlement granted by Minute Order on February 13, 2014. The Parties

Attorney General's Office
100 N. Carson Street
Carson City, Nevada 89701-4717

represent that litigation matters are pending complete resolution in these consolidated cases, and that the Parties are working toward full implementation of the Permanent Injunction and remedial action. The Court has retained jurisdiction over the enforcement of the Permanent Injunction entered in these Consolidated Cases, including approval of the Proposed Plan.

At the July 7, 2014 Status Conference, the Parties agreed to confer and submit a joint order regarding the timeframe for submittal of the Proposed Plan and a briefing schedule for any objections to the Plan. Therefore,

**The undersigned Parties stipulate and agree as follows:** NDEP shall prepare the Proposed Plan identified in the Permanent Injunction. NDEP shall submit the Proposed Plan to the Court for approval on or before July 28, 2014. Any party or person objecting to the Proposed Plan shall file and serve an objection no later than August, 18 2014. Any response in support of the Proposed Plan shall be filed on or before September 8, 2014. The Court will conduct a status conference on September 25, 2014, for purposes of considering the Proposed Plan. If necessary, the Parties will present any evidence in support of or in objection to the Proposed Plan at the September 25 hearing.

DATED this 18th day of July, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Wayne Klomp
Wayne Klomp
*Attorneys for Nevada Division of Environmental Protection*

DONGELL LAWRENCE FINNEY LLP

By: /s/ Thomas F. Vandenburg
Thomas F. Vandenburg
*Attorneys for Defendants Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Premier Trust as trustees for The Herman Kishner Trust*

Attorney General's Office
100 N. Carson Street
Carson City, Nevada 89701-4717

LAW OFFICES OF NEIL J. BELLER

By: /s/ Neil J. Beller
Neil J. Beller
*Attorneys for Defendants Patricia Leibovici, in her capacity as special administrator of the Estate of Melvin Shapiro, Estate of Phillip Shapiro, and Shapiro Brothers Investment Co.*

BENESCH FRIEDLANDER COPLAN & ARANOFF, LLP

By: /s/ Jeremy Gilman
Jeremy Gilman
*Attorneys for Defendants Patricia Leibovici, in her capacity as special administrator of the Estate of Melvin Shapiro, Estate of Phillip Shapiro, and Shapiro Brothers Investment Co.*

FRANKLIN LEVY

By: /s/ Franklin Levy
Franklin Levy
*Attorneys for Defendant Maryland Square, LLC*

ROBERTSON & ASSOCIATES, LLP

By: /s/ Alexander Robertson, IV
Alexander Robertson, IV
*Attorneys for Plaintiffs*

GREBEN & ASSOCIATES

By: /s/ Jan A. Greben
Jan A. Greben
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT COURT JUDGE

Dated: _______________

Attorney General's Office
100 N. Carson Street
Carson City, Nevada 89701-4717

**CERTIFICATE OF SERVICE**

I, Linda Deming, certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of July, 2014, I electronically filed the foregoing**,** **STIPULATION AND ORDER REGARDING PROPOSED PLAN**, via electronic filing to which the Clerk of the Court will notify the following via their internet and/or email address:

/s/ Linda Deming
Linda Deming, Legal Secretary II
an employee of the Office of the
Nevada Attorney General