DONGELL LAWRENCE FINNEY LLP
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609

DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL, ESQ.
(CA Bar No. 128083 - Admitted *Pro Hac Vice*)
THOMAS F. VANDENBURG, ESQ.
(CA Bar No. 163446 - Admitted *Pro Hac Vice*)
PAUL D. RASMUSSEN, ESQ.
(CA Bar No. 201680 - Admitted *Pro Hac Vice*)
707 Wilshire Blvd., 45th Floor
Los Angeles, CA 90017
Phone:  (213) 943-6100 / Fax:  (213) 943-6101

LAW OFFICES OF STEVEN J. PARSONS
STEVEN J. PARSONS
Nevada Bar No. 363
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
Phone: (702) 384-9900 / Fax: (702) 384-5900

Attorneys for Defendants/Third-Party Plaintiffs Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Bank of America, N.A., as Trustees for The Herman Kishner Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. VOGGENTHALER; et. al.<br>Plaintiffs,<br>vs.<br>MARYLAND SQUARE, LLC; et. al.<br>Defendants. | Case No.:   2:08-cv-01618-RCJ-GWF<br><br>**KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY**<br><br>**(Fed. R. Civ. P., Rule 25 (c))** |
| AND RELATED CROSS AND THIRD PARTY CLAIMS | |
| STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES, et. al.<br>Plaintiff,<br>vs.<br>MARYLAND SQUARE SHOPPING CENTER, LLC, et. al.<br>Defendants. | CONSOLIDATED WITH:<br><br>Case No.:   3:09-cv-231-RCJ-GWF |
| AND RELATED THIRD PARTY CLAIMS | |

1.

KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY

1  Defendants and Third Party Plaintiffs MARYLAND SQUARE SHOPPING
2  CENTER, LLC, THE HERMAN KISHNER TRUST d/b/a Maryland Square Shopping Center,
3  IRWIN KISHNER, as Trustee for the Herman Kishner Trust; JERRY ENGEL, as Trustee for
4  the Herman Kishner Trust; BANK OF AMERICA, N.A., as Trustee for the Herman Kishner
5  Trust; (generally "the Kishner Defendants") by their counsel, Thomas F. Vandenburg of Dongell
6  Lawrence Finney LLP, hereby move the Court for an Order substituting as defendant, herein,
7  Premier Trust, Inc., a Nevada corporation, ("Premier Trust") as a Trustee for Defendant Herman
8  Kishner Trust, upon the earlier resignation of Defendant Bank of America, N.A., and
9  confirmation of Premier Trust as Trustee for Defendant Herman Kishner Trust.

10  This Motion is brought upon Fed. R. Civ. P., Rule 25 (c), the following
11  Memorandum of Points and Authorities, the attached Declaration of Kishner Defendants'
12  counsel, Thomas F. Vandenburg, the exhibit attached hereto and on what other evidence the
13  Court may adduce at any hearing upon the Request.

15  Dated the 2nd day of July, 2014.          DONGELL LAWRENCE FINNEY LLP

By: ___/s/Thomas F. Vandenburg___
Thomas F. Vandenburg
*Attorneys for Defendants/Third-Party Plaintiffs Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Bank of America, N.A., as Trustees for The Herman Kishner Trust*

2.

KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY

**MEMORANDUM OF POINTS AND AUTHORITIES**

On or about July 12, 2013, the Probate Court of the Eighth Judicial District Court, Clark County, Nevada ("Probate Court"), entered an Order, allowing Defendant Bank of America, N.A., as Trustee for Defendant Herman Kishner Trust, to withdraw as Trustee for Defendant Herman Kishner Trust.

In the same proceeding before the Probate Court, Premier Trust, Inc., a Nevada corporation, was accepted and appointed by the Probate Court as a successor Trustee and was installed as a Trustee for Defendant Herman Kishner Trust.

A copy of the July 12, 2013 Order of the Probate Court is attached hereto and incorporated herein as Exhibit "A."

Fed. R. Civ. Proc., Rule 25 (c) provides,

> (c) Transfer of Interest. If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.

As a corporate fiduciary and Trustee, by Order of the Probate Court, Premier Trust steps into the same position as Trustee for Defendant Herman Kishner Trust, as was its predecessor, Bank of America, N.A.

Wherefore, Kishner Defendants hereby move this Court for an Order to allow the substitution of these parties, namely, Premier Trust as Trustee for Defendant Herman Kishner Trust, and therefore a defendant, herein, instead of its predecessor, Defendant Bank of America, N.A.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3.

KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY

Further, Kishner Defendants seek the Court's Order directed to the Clerk of the Court that the caption and all of the records of this case be changed to show that Premier Trust is now substituted for its predecessor, Bank of America, N.A. as Trustee for Defendant Herman Kishner Trust, and as defendant, herein.

Dated the 2nd day of July, 2014.

DONGELL LAWRENCE FINNEY LLP

By: ___/s/Thomas F. Vandenburg___
     Thomas F. Vandenburg
*Attorneys for Defendants/Third-Party Plaintiffs Maryland Square Shopping Center, LLC, the Herman Kishner Trust d/b/a Maryland Square Shopping Center, Irwin Kishner, Jerry Engel, and Bank of America, N.A., as Trustees for The Herman Kishner Trust*

**ORDER**

IT IS SO ORDERED.

DATED: July __28__, 2014

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

4.
KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY

# DECLARATION OF THOMAS F. VANDENBURG

I, Thomas F. Vandenburg, declare and state as follows:

1. I am an attorney licensed to practice law before all courts in the State of California, and *pro hac vice* before the State Courts in Nevada, and am a partner in the law firm of Dongell Lawrence Finney LLP ("DLF"), and attorney of record for the parties we have all come to refer to as "the Kishner Defendants" in this action. I make this Declaration of my own personal knowledge, and could and would testify to the facts stated herein in a Court of law if called upon to do so.

2. I prepared the foregoing Motion to substitute parties. It is true and correct to my personal knowledge, and where applicable, I assert I believe it to be true.

3. I maintain and supervise the day-to-day maintenance of my offices' records, such that I am the Custodian of Records for my offices. I can attest that the attached Order, attached as exhibit "A", is a true and correct copy of the Order as entered by the Court, having been provided the copy of the Order by co-counsel for Kishner Defendants, Steven J. Parsons of The Law Offices of Steven J. Parsons.

I declare under penalty of perjury that the foregoing is true and correct.

Dated the 2nd day of July, 2014.          By:   */s/Thomas F. Vandenburg*
                                                 Thomas F. Vandenburg

5.

KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY

EXHIBIT A

Electronically Filed
07/12/2013 05:13:02 PM

CLERK OF THE COURT

**ORDR**
MARK A. SOLOMON, ESQ.
Nevada State Bar No. 00418
E-mail: msolomon@sdfnvlaw.com
JORDANNA L. EVANS, ESQ.
Nevada State Bar No. 11716
E-mail: jevans@sdfnvlaw.com
SOLOMON DWIGGINS & FREER, LTD.
Cheyenne West Professional Centre
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Petitioners / Co-Trustees,
Irwin Kishner, Jerry Engel and
Bank of America, N.A.*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| In the Matter of the Private Trust of: | Case No.: P-74-004284-E<br>Dept. No.: 26 |
| HERMAN KISHNER, | Hearing Date: July 12, 2013<br>Hearing Time: 9:30 a.m. |
| Deceased. | |

**ORDER GRANTING PETITION FOR APPROVAL OF THE 2006 TO 2013 ACCOUNTINGS AND REPORTS OF CO-TRUSTEES FOR THE HERMAN KISHNER TRUST B-1; PETITION FOR PAYMENT OF TRUST RELATED EXPENSES, TRUSTEE FEES, AND ATTORNEYS' FEES AND COSTS; AND PETITION FOR APPROVAL OF DISCHARGE OF BANK OF AMERICA, N.A. AS CO-TRUSTEE AND CONFIRMING THE APPOINTMENT OF PREMIER TRUST OF NEVADA, INC., AS SUCCESSOR CO-TRUSTEE**

The verified Petition for Approval of the 2006 to 2013 Accountings and Reports of Co-Trustees for the Herman Kishner Trust B-1; Petition for Payment of Trust Related Expenses, Trustee Fees, and Attorneys' Fees and Costs; and Petition for Approval of Discharge of Bank of America, N.A. as Co-Trustee and Confirming the Appointment of Premier Trust of Nevada, Inc., as Successor Co-Trustee ("Petition") filed by IRWIN KISHNER, JERRY ENGEL and BANK OF AMERICA, N.A.,

("Petitioners" and/or "Co-Trustees"), of the HERMAN KISHNER TRUST, dated October 17, 1969 ("KISHNER TRUST" and/or "Trust"), having come on for regular hearing on the 12th day of July, 2013, before the undersigned Court; the law firm SOLOMON DWIGGINS & FREER, LTD., having appeared as counsel for the Petitioners, the Court having examined the evidence in this matter finds that due and legal notice of the time and place of hearing of said Petition has been given in the manner required by law; and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Petition is GRANTED in its entirety;

**IT IS HEREBY FURTHER ORDERED** that the seven annual accountings and reports, filed by Petitioners, for the collective periods of January 1, 2006 through December 31, 2012 are approved by this Court;

**IT IS HEREBY FURTHER ORDERED** that the first quarterly accounting and report, filed by Petitioners, for the period from beginning on January 1, 2013 and ending on March 31, 2013 are approved by this Court;

**IT IS HEREBY FURTHER ORDERED** that all actions taken by Petitioners in connection with the administration of the Trust and all sub-trusts created thereunder, as set forth in the Petition, are confirmed, ratified and approved by this Court;

**IT IS HEREBY FURTHER ORDERED** that payment of fees and expenses totaling $792,160.00, to Co-Trustee, IRWIN KISHNER, incurred in performing the duties of a co-trustee, during the accounting periods commencing on January 1, 2006 through March 31, 2013 are approved and confirmed by this Court;

**IT IS HEREBY FURTHER ORDERED** that payment of fees and expenses totaling $792,160.00, to Co-Trustee, JERRY ENGEL, incurred in performing the duties of a co-trustee, during the accounting periods commencing on January 1, 2006 through March 31, 2013 are approved and confirmed by this Court;

**IT IS HEREBY FURTHER ORDERED** that payment of fees and expenses totaling $680,279.53, to Co-Trustee, BANK OF AMERICA, N.A., incurred in performing the duties of a co-trustee, during the accounting periods commencing on January 1, 2006 through March 31, 2013 are approved and confirmed by this Court;

**IT IS HEREBY FURTHER ORDERED** that payment of fees and costs totaling $8,210.00, to the accountant, Bob McKnight, CPA, incurred in the preparation and filing of income tax returns for the KISHNER TRUST, during the accounting periods commencing on January 1, 2006 and ending on or around April 30, 2012 are approved and confirmed by this Court;

**IT IS HEREBY FURTHER ORDERED** that payment of attorney's fees and costs totaling $92,456.07, to Marquis Aurbach & Coffing, incurred performing the legal duties of an attorney for the Trust, during the accounting periods commencing on January 1, 2006 and ending on or around February 17, 2012 are approved and confirmed by this Court;

**IT IS HEREBY FURTHER ORDERED** that payment of attorney's fees and costs totaling $279,307.93, to Solomon Dwiggins & Freer, Ltd., incurred performing the legal duties of an attorney for the Trust, during the accounting periods commencing on or around February 15, 2008 through March 31, 2013 are approved and confirmed by this Court;

**IT IS HEREBY FURTHER ORDERED** that the Co-Trustees are authorized to pay any and all reasonable administrative expenses from the Trust as they become due and payable;

**IT IS HEREBY FURTHER ORDERED** that the resignation of BANK OF AMERICA, N.A. as Co-Trust of the Trust is accepted by this Court;

**IT IS HEREBY FURTHER ORDERED** that BANK OF AMERICA, N.A. is wholly and absolutely discharged and released from any and all duties and responsibilities as a Co-Trustee of the Trust, as well as any liability for any acts or omissions as Co-Trustee of the Trust to the Trust or its beneficiaries;

**IT IS HEREBY FURTHER ORDERED** that IRWIN KISHNER and JERRY ENGEL are released and discharged from any liability for acts or omissions as Co-Trustees of the Trust to the Trust or its beneficiaries for the period commencing on January 1, 2006 through March 31, 2013;

**IT IS HEREBY FURTHER ORDERED** that the Co-Trustees' nomination for PREMIER TRUST OF NEVADA, INC. to serve as the independent corporate trustee in the place and stead of BANK OF AMERICA, N.A. is approved by this Court; and

**IT IS HEREBY FURTHER ORDERED** that PREMIER TRUST OF NEVADA, INC., is confirmed by this Court as a Successor Co-Trustee of the Trust, to serve in the place and stead of BANK OF AMERICA, N.A. along with IRWIN KISHNER and JERRY ENGEL.

**DATED** this 12th day of July, 2013.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

SOLOMON DWIGGINS & FREER, LTD.

By: _____
MARK A. SOLOMON, ESQ.
Nevada State Bar No. 00418
JORDANNA L. EVANS, ESQ.
Nevada Bar No. 11716
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Attorneys for Petitioners / Co-Trustees,*
*Irwin Kishner, Jerry Engel and Bank of America, N.A.*

**PROOF OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States of America, am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609. On July 2, 2014, I served a copy of the foregoing document described as follows:

**KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY**

**(Fed. R. Civ. P., Rule 25 (c))**

served:

[ X ]  Electronically in accordance with United States District Court of the District of Nevada Electronic Filing Procedures, Section IV Service, B. Electronic Service.

I declare that I am employed in the office of an attorney who has been admitted *pro hac vice* for the purpose of this case only to the bar of this court at whose direction the service was made.

Under penalty of perjury, I declare the aforesaid to be true and correct. Executed on July 2, 2014.

By:  */s/ Sheryl R. Douglas*
Sheryl R. Douglas

6.

KISHNER DEFENDANTS' MOTION TO SUBSTITUTE PARTY