Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas, NV 89128-8354
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com

Attorneys for Defendants
**MARYLAND SQUARE SHOPPING CENTER, LLC, THE HERMAN KISHNER TRUST** D/B/A **MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL,** and **PREMIER TRUST,** as Trustees for **THE HERMAN KISHNER TRUST**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **PETER J. VOGGENTHALER;** *et. al.*, | Case No.:   **2:08-cv-1618-RCJ-(GWF)** |
| Plaintiffs, | Consolidated with: |
| vs. | Case No.:   **3:09-cv-231-RCJ-(GWF)** |
| **MARYLAND SQUARE, LLC;** *et. al.*, | **KISHNER DEFENDANTS' MOTION TO FILE DOCUMENTS,** *UNDER SEAL* |
| Defendants. | |
| **RELATED CROSS & THIRD PARTY CLAIMS** | |
| **STATE OF NEVADA, DEPT. OF CONSERVATION AND NATURAL RESOURCES,** *et. al.*, | |
| Plaintiffs, | |
| vs. | |
| **MARYLAND SQUARE SHOPPING CENTER, LLC,** *et. al.*, | |
| Defendants. | |

Defendants **MARYLAND SQUARE SHOPPING CENTER, LLC, THE HERMAN KISHNER TRUST** D/B/A **MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL,** and **PREMIER TRUST,** as Trustees for **THE HERMAN KISHNER TRUST** ("Kishner Defendants"), by

their counsel of record, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, hereby move the Court fort an Order permitting the filing of certain, confidential and proprietary agreements between the Kishner Defendants, the Shapiro Defendants and the non-party insurance carriers of Defendants.

On October 9, 2014, the Court entered an Order setting a further Status Conference/Pre-Trial Conference on November 26, 2014 at 10:00 am in Las Vegas, before Judge Robert C. Jones. (#1063)

In completing one of the objectives of the October 9th status conference, Kishner Defendants report that each and all of the Settlement Agreements ("Agreements") between the Kishner Defendants, the Shapiro Defendants and those parties' insurance carriers have now been finalized and fully executed by all of the parties.

In a contemporaneously filed Status Report, (Doc. #1066) Kishner Defendants respectfully asked the Court to consider taking-off calendar the November 26, 2014 Status Conference/Pre-Trial Conference.

The Agreements are by their express terms confidential as each contain certain proprietary information of the parties. The Agreements are not within the universe of public documents. Moreover, certain of the insurance carrier-parties to the Agreements have insisted on the secrecy and non-disclosure to the other insurance carriers of the Agreements and the sums to be paid and other terms of the Agreements. Each of the Agreements provide for the disclosure of the Agreements as may be required by law. In addition, in advance of this Status Report, Kishner Defendants polled each of the parties to the Agreements, and approvals of disclosure of the Agreements to this Court was without exception or objection by the parties to the Agreement, so long as the Agreements can be filed *under seal*.

Therefore, the parties hereby seek jointly to have the Court issue an Order allowing Kishner Defendants to file *under seal*, within this matter, the various Agreements between the insurance carriers, the Kishner Defendants, and the Shapiro Defendants.

Upon the Court's entry of its Order permitting the Agreements to be filed *under seal* with

the Court, Kishner Defendants will file *under seal* the Agreements for the Court's consideration.

Upon review of the Agreements, if the Court's concerns have been satisfied regarding the settlements and the Court's ongoing enforcement of the injunction, Kishner Defendants respectfully seek the Court's entry of an Order vacating the further Status Check, set for Wednesday, November 26, 2014.

Dated: Thursday, November 6, 2014.

          LAW OFFICES OF STEVEN J. PARSONS

          /s/ Steven J. Parsons
          STEVEN J. PARSONS
          Nevada Bar No. 363

          Attorneys for Defendants
          **MARYLAND SQUARE SHOPPING CENTER, LLC, THE HERMAN KISHNER TRUST** D/B/A **MARYLAND SQUARE SHOPPING CENTER, IRWIN KISHNER, JERRY ENGEL,** and **PREMIER TRUST,** as Trustees for **THE HERMAN KISHNER TRUST**

## ORDER

Upon the Court's consideration of the forgoing Kishner Defendants' motion that the Court enter an Order permitting Kishner Defendants to file the Settlement Agreements *under seal* by and with Kishner Defendants and Shapiro Defendants and their insurance carriers, and for good cause set forth,

**IT IS SO ORDERED** that the Agreements may be filed with the Clerk of the Court, under seal.

Dated: November 6, 2014.

_____
U.S. DISTRICT/MAGISTRATE JUDGE