ADAM PAUL LAXALT
Attorney General
BELINDA SUWE
Deputy Attorney General
Nevada State Bar No. 12499
100 North Carson Street
Carson City, Nevada  89701
(775) 684-1163
*Attorneys for Respondent, Nevada Division of Environmental Protection*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. VOGGENTHALER, at al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARYLAND SQUARE, LLC, et al.,<br><br>　　　　Defendants, | Case No.  2:08-cv-01618-RCJ-GWF<br><br>(consolidated with 3:09-cv-00231-RCJ-GWF) |
| **AND RELATED CROSS CLAIMS AND THIRD PARTY CLAIMS** | |
| STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARYLAND SQUARE SHOPPING CENTER, et al.,<br><br>　　　　Defendants | **[PROPOSED] ORDER** |
| **AND RELATED THIRD PARTY CLAIMS** | |

The Court, having considered the comments to the Proposed Plan for Cleanup of Groundwater:  Maryland Square PCE Site ("Proposed Plan"), prepared by Plaintiff, the

/ / /

/ / /

-1-

Nevada Division of Environmental Protection, pursuant to the Permanent Injunction (Dkt. #582) and the National Contingency Plan, and based upon the Stipulation and Order Regarding Proposed Plan (Dkt. #1082), the Court hereby approves the Proposed Plan.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2015.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

  I, Heather Cooney, certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26TH day of March, 2015, I electronically filed the foregoing **PROPOSED ORDER** via electronic filing with the Clerk of the Court for the United States District Court of Nevada by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that the service will be accomplished by the CM/ECF system.

                */s/ Heather Cooney*
                Heather Cooney, Legal Secretary II
                an employee of the Office of the
                Nevada Attorney General