CINDIE D. HERNANDEZ, ESQ.
Nevada Bar No. 7218
LEE, HERNANDEZ, LANDRUM
& CARLSON, APC
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
T: (702) 880-9750
F: (702) 314-1210
chernandez@lee-lawfirm.com

Attorneys for Third-Party Defendant
BOWE PERMAC, INC.

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, *et al.*, <br><br>Plaintiffs, <br><br> vs. <br><br> MARYLAND SQUARE, LLC, *et al.*, <br><br> Defendants. <br><br>_____ <br><br> AND RELATED CROSS CLAIMS | **CASE NO.: 2:08-CV-01618-RCJ-GWF** |

## **MOTION TO REMOVE ATTORNEY'S NAME FROM CM/ECF E-FILING SERVICE LIST FOR THIS CASE ONLY**

COMES NOW, Third-Party Defendant, BOWE PERMAC, INC., by and through its counsel of record, the law firm of LEE, HERNANDEZ, LANDRUM & CARLSON, APC, and hereby moves this Court for an Order removing the name of counsel for Third-Party Defendant, BOWE PERMAC, INC., from the CM/ECF E-Filing Service List for this case only.

*///*

*///*

1

This Motion is based upon the attached points and authorities and the papers and pleadings on file herein.

**DATED** this 6th day of August, 2018.

                                                        **LEE, HERNANDEZ, LANDRUM,**
                                                        **& CARLSON, APC**

                                  By:   /s/ Cindie D. Hernandez
                                         CINDIE D. HERNANDEZ, ESQ.
                                         Nevada Bar No.: 7218
                                         7575 Vegas Drive, Suite 150
                                         Las Vegas, Nevada 89128

                                         Attorneys for Third-Party Defendant
                                         BOWE PERMAC, INC.

LEE, HERNANDEZ, LANDRUM & CARLSON, APC
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750

## POINTS AND AUTHORITIES

Third-Party Defendant, BOWE PERMAC, INC. was dismissed from this action on February 4, 2011, pursuant to ORDER Granting Hoyt Corporation's Motion to Dismiss (#332), Supplement to Motion to Dismiss (#472), and Bowe Permac, Inc.'s Joinders thereto (#463 and #473). See, Order (#642). Accordingly, it is respectfully requested that the name of Cindie D. Hernandez, Esq. and the law firm of LEE, HERNANDEZ, LANDRUM & CARLSON, APC, be removed from the Court's CM/ECF E-Filing service list for this case only.

**DATED** this 6th day of August, 2018.

                **LEE, HERNANDEZ, LANDRUM,
                & CARLSON, APC**

By:  /s/ Cindie D. Hernandez
       CINDIE D. HERNANDEZ, ESQ.
       Nevada Bar No.: 7218
       7575 Vegas Drive, Suite 150
       Las Vegas, Nevada 89128

Attorneys for Third-Party Defendant
BOWE PERMAC, INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____8-6-2018_____

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of August, 2018.

[X] I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

By: /s/ Holly Woodard
An employee of LEE, HERNANDEZ, LANDRUM & CARLSON, APC