Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 – (fax)
Steve@SJPLawyer.com

Former Attorney for
**KISHNER DEFENDANTS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **PETER J. VOGGENTHALER**; et. al., | Case No. **2:08-cv-1618-RCJ-(VCF)** |
| Plaintiffs, | Consolidated with: |
| vs. | Case No. 3:09-cv-231-RCJ-(VCF) |
| **MARYLAND SQUARE, LLC**; et. al., | **STEVEN J. PARSONS, KISHNER DEFENDANTS' FORMER COUNSEL'S MOTION TO BE REMOVED FROM THE SERVICE LIST IN THIS ACTION;** and |
| Defendants. / | **PROPOSED ORDER** |
| **ALL RELATED CROSS-CLAIMS and THIRD-PARTY CLAIMS** / | |

Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, having been substituted-out as counsel for Kishner Defendants by this Court's Order of December 12, 2019 (ECF No. 1132), respectfully moves this Court for an Order removing him from the service list in the above-captioned matter, as he no longer represents any party in this action.

Dated: January 8, 2020.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Steven J. Parsons
STEVEN J. PARSONS
Nevada Bar No. 363

Former Attorney for Defendants
**MARYLAND SQUARE SHOPPING CENTER, LLC, JERRY ENGEL,** and **PREMIER TRUST,**
as Trustees for **THE HERMAN KISHNER TRUST**



# ORDER

**IT IS SO ORDERED.**

Dated: 1-9-2020

_____
U.S. MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 2 of 2