```
Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:   (702) 385-2500
Facsimile:    (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
```

*Attorneys for* **Patricia Leibovici**
*as Special Administrator of the Estate of Melvin Shapiro*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. VOGGENTHALER, ET AL. | Case No. 2:08-cv-01618-RCJ-VCF |
| Plaintiffs, | Consolidated with; |
| vs. | Case No. 3:09-cv-231-RCJ-VCF |
| MARYLAND SQUARE, LLC, ET AL. | |
| Defendants. | |
| ALL RELATED CROSS & THIRD PARTY CLAIMS | |

### AMENDED MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST and PROPOSED ORDER

Joseph S. Kistler of the law firm Hutchison & Steffen, PLLC, brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List.

PLEASE TAKE NOTICE that Joseph S. Kistler of Hutchison & Steffen, PLLC:

1.    Requests discontinuation of notice in these proceedings, and

2.    Requests to be removed from the CM/ECF service list.

1

The following electronic emails are to be removed:

mhutchison@hutchlegal.com; mcarnate@hutchlegal.com

jkistler@hutchlegal.com;    bbenitez@hutchlegal.com

    The basis for this Motion is that the attorney referenced herein has not and does not represent any party to this action.

                                   HUTCHISON & STEFFEN, LLC

/s/ Joseph S. Kistler
Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145

*Attorneys for* **Patricia Leibovici**
*as Special Administrator of the Estate of Melvin Shapiro*

**ORDER**

**IT IS SO ORDERED that (ECF Nos. 1135 and 1136) are GRANTED.**

**DATED: May 14, 2020.**

_____
**U.S. DISTRICT JUDGE**

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Hutchison & Steffen, PLLC and that I caused a copy of the ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** to be served by electronic service pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada. The above-referenced document was electronically filed on the date hereof and served through Notice of Electronic Filing automatically generated by that Court's facilities.

DATED: January 14, 2020.

*/s/ Bobbie Benitez*
_____
An employee of Hutchison & Steffen, PLLC

3