UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Voggenthaler, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 2:08-cv-01618-RCJ-VCF |
| Maryland Square, LLC, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) ) | |

The status of this case has remained unchanged for some time. (*See* Dkt. 1152). Accordingly, the Court finds it appropriate to administratively close this case for the time being without prejudice to reopening by the Parties.

IT IS HEREBY ORDERED that this case is **ADMINISTRATIVELY CLOSED** without prejudice to reopening upon a motion by either Party.

Dated September 18, 2023.

_____
ROBERT C. JONES
United States District Judge

1 of 1